# Exhibit 1

**ROSS UNIVERSITY**
SCHOOL OF VETERINARY MEDICINE

PERSONAL AND CONFIDENTIAL

April 11, 2016

Regarding Case Number: 20161_26

RE: NOTICE OF INTERIM SUSPENSION

Mr. Anthony Zara,

This letters serves to notify you that complaints have been filed and an investigation has been initiated with regard to allegations that have been reported regarding your behavior. The investigation is centered around behaviors which are violations of the following portions of the Student Handbook and University Policy:

1. **Code of Conduct 1.6.3.3** Physical abuse, verbal abuse, threats, intimidation, and harassment including, but not limited to, sexual harassment, coercion and/or other conduct that threatens or endangers the health or safety of any person, either on or off RUSVM premises or at any University-sponsored activity.
2. **Code of Conduct 1.6.3.4** Bullying and cyberbullying, which is using one's power to control or harm individuals who cannot defend themselves including, but not limited to, face-to-face interactions and any electronic communication (communication transmitted by means of an electronic device, including, but not limited to, a telephone, cellular phone, computer, or pager) whether it be a single incident or a series of incidents.
3. **Code of Conduct 1.6.3.5** Attempted or actual theft of and/or damage to property of the University or property of a member of the RUSVM community or other personal or public property.
4. **Code of Conduct 1.6.3.9** Failure to comply with directions of University officials or law enforcement
5. **Code of Conduct 1.6.3.10** Unauthorized possession, duplication or use of keys, or unauthorized entry to or use of premises.
6. **Code of Conduct 1.6.3.11** Violation of published University policies, procedures, rules or regulations—*specifically 1.10.1 Sexual Misconduct and Response Prevention Policy.*
7. **Code of Conduct 1.6.3.12** Violation of any applicable federal, state or local law.
8. **Code of Conduct 1.6.3.17** Conduct that is disorderly, disruptive, lewd or indecent; breach of peace; or aiding, abetting or procuring another person to breach the peace.
9. **Code of Conduct 1.6.3.18** Aiding, abetting or inducing another to engage in behavior prohibited by the Code of Conduct.





**ROSS UNIVERSITY**
SCHOOL OF VETERINARY MEDICINE

Please be advised that failure to comply with the directions in this letter, or any other directions from University officials, would also be considered a violation of the Code of Conduct and may subject you to additional investigation and disciplinary action.

I want to take this opportunity to remind you that the University does not tolerate retaliation of any kind against individuals based on their cooperation in the conduct complaint process. This applies equally to Parties, witnesses and members of the Conduct Board.

Should you have any questions regarding this letter, please contact me via email at cwallace@rossvet.edu.kn.

Sincerely,

Dr. Charles Edward Wallace
Interim Associate Dean for Student and Alumni Affairs