# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ZARA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVRY, INC. and DEVRY MEDICAL INTERNATIONAL, INC. dba ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE; and ALEXA FERRARI,<br><br>    Defendant. | Case No.: 1:16-cv-05156<br><br>Judge Andrea R. Wood<br><br>Room 1925 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **May 25, 2016, at the hour of 9:00 a.m., ANTHONY ZARA,** by his undersigned counsel, shall appear before the Honorable Andrea R. Wood, or any other District Court Judge who may be sitting in her stead, in courtroom 1925 of the United States District Court for the Northern District of Illinois, 219 Dearborn Street, Chicago, Illinois, and shall then and there present **PLAINITIFF'S MOTION FOR PRELIMINARY INJUNCTION,** a copy of which is attached hereto and hereby served upon you.

                                                      Respectfully submitted,

                                                      /s/ Jason J. Bach_____
                                                      Jason J. Bach
                                                      7881 W. Charleston Blvd., Suite 165
                                                      Las Vegas, Nevada 89117
                                                      *Attorneys for Plaintiff*