# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Zara v. DeVry, Inc. et al.       Case Number: 16-cv-5156

An appearance is hereby filed by the undersigned as attorney for:
Defendant Alexa Ferrari

Attorney name (type or print): Scott A. Schaefers

Firm: Brotschul Potts LLC

Street address: 30 N. LaSalle St., Ste. 1402

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6278386       Telephone Number: (312) 268-6795
(See item 3 in instructions)

Email Address: sschaefers@brotschulpotts.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 24, 2016

Attorney signature:   S/ *[signature]*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015