U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Zara v. DeVry, Inc., et al.     Case Number: 1:16-cv-05156

An appearance is hereby filed by the undersigned as attorney for:
DeVry Education Group Inc. (f/k/a DeVry Inc.; misnamed as "DeVry, Inc." in complaint)

Attorney name (type or print): Brian Stolzenbach

Firm: SEYFARTH SHAW LLP

Street address: 131 South Dearborn Street, Suite 2400

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6273113      Telephone Number: (312) 460-5000
(See item 3 in instructions)

Email Address: bstolzenbach@seyfarth.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 23, 2016

Attorney signature: S/ Brian Stolzenbach
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015