IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY ZARA, Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-5156 |
| | ) |
| DEVRY, INC.; DEVRY MEDICAL INTERNATIONAL, INC. d/b/a ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE; and ALEXA FERRARI, Defendants. | ) Judge Andrea R. Wood ) ) |

To: Parties' Counsel of Record

PLEASE TAKE NOTICE that on **May 25, 2016** at **9:00 a.m.**, to coincide with plaintiff's previously scheduled motion in this case, defendant Alexa Ferrari, by her attorney Scott A. Schaefers, will appear before Judge Andrea R. Wood, or any other Judge sitting in her stead in Courtroom 1925, U.S. Courthouse, 219 S. Dearborn St., Chicago, IL 60604, and then and there present her **Motion For Extension Of Time To File Her Rule 12(B)(2) Motion To Dismiss For Lack Of Personal Jurisdiction**, a copy of which was previously served upon you.

DATE: May 24, 2016                                         Respectfully submitted,

Scott A. Schaefers                                         ALEXA FERRARI, Defendant.
BROTSCHUL POTTS LLC
30 N. LaSalle St., Ste. 1402                               By: /s/ Scott A. Schaefers
Chicago, IL 60602                                              Scott A. Schaefers, one of her attorneys
Phone: (312) 268-6795
Email: sschaefers@brotschulpotts.com

## CERTIFICATE OF SERVICE

      Scott A. Schaefers, an attorney for defendant Alexa Ferrari, certifies that on **May 24, 2016**, he served a copy of her **Notice of Motion For Extension Of Time To File Her Rule 12(B)(2) Motion To Dismiss For Lack Of Personal Jurisdiction** on the parties' counsel of record via the Court's CM/ECF system.

                                                 */s/ Scott A. Schaefers*
                                                 Scott A. Schaefers