UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Anthony Zara
                    Plaintiff,

v.                                                Case No.: 1:16–cv–05156
                                                    Honorable Andrea R. Wood

Devry, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 25, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. As stated on the record, Plaintiff may make a supplemental filing in support of his motion for preliminary injunction. Defendant Ferrari's motion for extension of time to answer or otherwise plead [9] is granted. All Defendants shall answer or otherwise plead to Plaintiff's complaint by 6/8/2016. If Defendants file motions to dismiss, Plaintiff shall respond to Defendants' motions by 6/22/2016 and Defendants shall reply by 6/29/2016. The parties' obligation to file a joint written status report is stricken until further order of the Court. The status hearing set for 7/14/2016 is stricken and reset for 7/11/2016 at 10:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.