AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 20-May-2016 |
| NAME OF SERVER *(PRINT)* John Duda | TITLE Officer Chicago Serve LLc. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CT Corporation System 208 So. Lasalle ST. Chicago, IL Suite 814 C/o Registered Agent For Devry Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 20-May-2016
Date

Signature of Server: John Duda

Address of Server: 11340 W. 159th ST. Orland Park, IL 60467

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.