# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Illinois

Case Number: 16-CV-5156


JGS2020182547

Plaintiff:
**ANTHONY ZARA**

vs.

Defendant:
**DEVRY, INC. and DEVRY MEDICAL INTERNATIONAL, INC. dba ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE; and ALEXA FERRARI**

For:
JASON J. BACH, ESQUIRE
THE BACH LAW FIRM, LLC
7881 W CHARLESTON BLVD.
SUITE 165
LAS VEGAS, NV 89117

Received by COURTESY FLORIDA PROCESS SERVERS 365 on the 20th day of May, 2016 at 10:00 am to be served on **Devry Medical International, Inc. dba Ross University of Veterinary Medicine By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324**.

I, Amy Roby, do hereby affirm that on the **20th day of May, 2016** at **3:40 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **Devry Medical International, Inc. dba Ross University of Veterinary Medicine**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the JUDICIAL CIRCUIT in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 (2).

Amy Roby
ASPS #443

COURTESY FLORIDA PROCESS SERVERS 365
Payment Center
P.O. Box 40-3621
Miami Beach, FL 33140
(888) 319-3160
Our Job Serial Number: JGS-2020182547

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n