UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ZARA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVRY EDUCATION GROUP, INC.;<br>DEVRY MEDICAL INTERNATIONAL,<br>INC.; ROSS UNIVERSITY SCHOOL OF<br>MEDICINE, SCHOOL OF VETERINARY<br>MEDICINE (ST. KITTS) LIMITED; and;<br>and ALEXA FERRARI;<br><br>    Defendants. | Civil Action No. 1:16-cv-5156 |

### SUPPLEMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

NOW COMES, Plaintiff, Anthony Zara, by and through his attorney, Jason J. Bach of The Bach Law Firm, LLC, and hereby files this Supplement in Support of his Motion for Preliminary Injunction and respectfully request that the court consider the additional supporting documents:

Exhibit #5      *Plaintiff's Declaration in Support of his Motion for Preliminary Injunction dated May 27, 2016;*

Exhibit #6      *Witness Statement of Kent Kovalsky dated May 24, 2016;*

Exhibit #7      *Witness Statements of Anonymous Students dated May 23 2016;*

Exhibit #8      *Witness Statement of Alexandra Nichols dated May 23, 2016;*

Exhibit #9      *Witness Statement of Justeen Borrecco dated May 23, 2016;*

Exhibit #10      *Witness Statement of James Phillips dated May 23, 2016;*

Exhibit #11      *Facebook messages between Alexa Cook (Alexa Ferrari) and Tony Bologna (Anthony Zara) dated November 1-4, 2015;*

Exhibit #12   *Text messages between Alexa Ferrari (white text message) and Anthony Zara (blue text messages) dated October 15-30, 2015.*

DATED this 27th day of May, 2016.

**THE BACH LAW FIRM, LLC**
    */s/ Jason J. Bach*
Jason J. Bach, Esq.
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com

## CERTIFICATE OF SERVICE

Jason J. Bach, an attorney, certifies that on May 27, 2016, he electronically filed the above *Supplement in Support of Plaintiff's Motion for Preliminary Injunction* with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all parties of record.

*/s/ Jason J. Bach*
Jason J. Bach, Esq.
