# Exhibit 6

Witness Statement:

I am a tenant at Starboard house. At this point, I was under the impression that the differences between Anthony and Alexa fizzled out, considering it has been about 7 months since they broke up. Throughout the semester, there have been encounters with Alexa, and nothing had come of them. David Wright, our landlord, physically walked by Anthony and did nothing. I was under the impression that Anthony was allowed to come to my house as long as he stays away from Alexa.

On April 6th 2016, a group of us decided that we meet at Alexandra Nichols (Lexi) place (apartment at Starboard house) before we went to Sprat Net. Around 5:49 pm, Anthony Zara texted me that he had arrived at Lexi's. I walked up there about 10-15 minutes later. We decided to play beer pong with water in the cups before we left. The teams were Anthony and I and Lexi and Nicole Cerniello. I only had 1 drink before I left for Sprat Net. Anthony said he would drive all of us and be our designated driver of the night. We arrived at Sprat Net around 7:00 pm. We were there for over 2 hours. There was drinking involved due to a birthday party. No one was out of control and everyone was in a very good mood. Anthony was sober because he said he would drive us. On our way back, Anthony and I proposed to Nicole and Lexi that we should play another game of beer pong because we wanted to beat them. When we arrived home (I don't know the exact time), Anthony and I played one game against Nicole and Lexi in which we lost. Anthony then played with Justeen Borrecco against the winners (Lexi and Nicole). There was then a knock on the door and Lexi walked to the door. Where we were in her apartment, we could not see who was at the door. Lexi was out there for some time for everyone to start wondering who is out there. Lexi then comes back inside and said something on the lines of the cops are here and ask where Anthony was. Anthony started to become upset and sad. I walked out shortly after and stated that I am not Anthony Zara, there is no reason for you guys to be here and we were not doing anything wrong. They asked me what my name was and I asked why. They said it is for protocol. I was scared by this, so I left and went to my apartment. I do not recall how long I was there but Samantha Mammen came down and told me Anthony was being beaten by the cops. When I got back upstairs to the parking area, Anthony was no where to be found and I was informed that he was in a cop car. I can say that Anthony was accounted for and was in my physical presence from around 6:00 pm to the time the cops knocked on the door and not once did he try to come in contact with Alexa or knock on her door.

_____          05/24/2016
Kent Kovalsky
May 24, 2016