# Exhibit 7

May 23, 2016

I wish to remain anonymous.

On April 6, 2016, I arrived at the Starboard House and entered the apartment of Alexandra (Lexi) Nichols approximately between 6:00 and 6:20 PM. Anthony Zara and all other attendees were already inside the residence; they appeared to be in good spirits when I arrived. We engaged in some games and light conversation before leaving together to go to a local restaurant for dinner and drinks.

We all returned back to the Starboard House approximately between 10:00 and 11:00 PM and went back into Nichols' apartment. Shortly after (I am unsure of the time), there was a knock at the door. All attendees assumed that it was a neighbor with a gentle request for the noise level to go down due to the time of night. After several minutes of Nichols and my other friends remaining outside, I walked out as well and noticed who I thought were three St. Kitts police officers. I did not ask the officers for identification nor did they ask me for mine.

I then walked up to the parking lot of the Starboard House where some time later I assisted Justeen Borrecco in complying with law enforcement after a minor car accident. Then, I witnessed Zara approach the residence from the street. Next, I walked down to the apartment of Kent Kovalsky. Kovalsky and I only stayed at his apartment for a few minutes then returned to the parking lot. Here, I engaged in a lengthy conversation with landlord, David Wright, about the incidents that had taken place. And heard from multiple other witnesses that Anthony was lying on the ground. After some time, I was told that the police had taken Zara into custody. I returned home approximately between 1:30 and 2:00 AM on April 7, 2016.

On April 6th at approximately 5:45pm I arrived at Alexandra Nichols' apartment and proceeded to play 'drinking games' without consuming alcohol in Alexandra Nichols' apartment. Anthony Zara was present and did not consume any alcoholic beverages as well. After about an hour to an hour and one half, my friends and I decided to go to dinner at a local restaurant called Sprat Nets Bar and Grill. Anthony drove us to and from the restaurant. We arrived back at Alexandra's apartment between 10 and 11pm and continued to socialize. Shortly after arriving home the local police and a Ross University security officer knocked on Alexandra's door. Alexandra answered her door and spoke to the officers outside of her front door. Shortly after, I exited the apartment and left Alexandra's door step but remained on the Starboard premise. When I returned back to where said events took place, about 20-30 minutes later, Anthony appeared to be conversing with Police Officers. I was unable to hear their conversation but, it was obvious that the conversation was not moving in a positive direction. Alexandra and I walked back into her apartment at which point we called James Phillips. When I returned up to the roadway Mr. Zara was in handcuffs, laying on the ground, on his stomach, in front of a police car and his shirt was being torn off of his body by police officers. They continued to violently beat him while he was on the ground pleading for the officers to stop, the officers seemed to have no intention of stopping. After some amount of time the police officers put Anthony into the back of their police car left the premises.