Exhibit 8

Written Statement regarding the events on April 6, 2016.

On the night of April 6, 2016, a large group of us celebrated a friend's birthday at Sprat Net. Around 10:30 or so, a group of us left sprat net and returned to my apartment at the Starboard House. The individuals who returned to my apartment were Kent Kovalsky, Anthony Zara, Leigh Klar, Samantha Mammen, Nicole Cerniello, Justeen, Borrecco, and myself.

We were playing some drinking games in my apartment when we heard a loud knock on my door. I went to the door and was greeted by three men. The one who greeted me and was speaking to me was a St. Kitts police officer, so I assumed the other two men at my door were St. Kitts police officers as well. I had no knowledge that there was a Ross security officer at my door that evening, I learned from Mr. Jeff Fazio after that night that one of the men was in fact a Ross security officer. St. Kitts police officers make me extremely uncomfortable, and I do not trust them like I trust police officers in the United States. I stepped outside to speak to them privately about why they were at my apartment. They stated that Alexa Ferrari had called them. I asked them why Ferrari had called them to which they responded in a vague manor stating that his vehicle was reported to be parked down the street. Zara's vehicle had been parked at the Starboard House multiple times previously to this occasion and not once had the police shown up to my apartment. I was skeptical as to their true intentions with Zara and told them that Zara had already left when they asked me if he was inside.

Around 15-20 minutes or so after the initial knock, I walked back into my apartment and learned that Zara had jumped off my balcony to return home. I was relieved that the police did not have any interaction with Zara due to the St. Kitts police's erratic and unpredictable behavior. Unfortunately, about 10-15 minutes after I was told Anthony had left, I was chatting with Cerniello on my balcony and we heard a voice screaming, "Help, help, somebody help!" I quickly identified this voice to be Zara's and was horrified from his screams.

Cerniello and I ran outside and informed Borrecco of the screams we had heard. We found Anthony being physically assaulted by multiple St. Kitt's police officers. Zara quickly informed Borrecco and I that they kicked him in the face. Zara appeared to be bleeding from somewhere on his face, his shirt was tattered up and multiple police officers were repeatedly hitting him while he was on the ground.

Brad Phillips, Borrecco, and I tried to record the events at different points throughout the night, but we were told to turn off our devices by the police officers. I repeatedly asked the officers to stop hitting Zara and asked them to explain to me why they were hitting him. They would not answer me and continued to physically assault Zara. It was an absolutely horrific site, I have never witnessed someone be assaulted the way that Zara was being assaulted. I would try and put myself in between the officers and tell them to please stop beating him and tell me what they needed from Zara, but they told me I would be charged with obstruction of justice if I did not move. I quickly moved and walked away back towards my apartment.

A few minutes or so later I heard Borrecco shrieking, "Lexi, Lexi, help Lexi, they are hurting him!" I ran down to a group of officers huddled around Zara who was on his back in the bushes getting physically beaten by multiple officers. He was

not even standing up, he was laying on his back and the officers kept orienting themselves on top of him and relentlessly beating him into the ground. I asked them to please stop and explain to me why they were beating him and what he did wrong. They did not respond to either of my questions. They told me he was under arrest and I asked why; they did not state why he was being arrested.

Not once did I witness Zara assault any officer. He simply would back away and say keep your hands off of me. He would put his hands over his face to protect himself, but he never initiated any sort of contact with any of the officers. The police officers repeatedly beat him for no apparent reason. They cuffed him and said he was going to jail.

I left the area where all the officers were and went back to my apartment. I could not believe the beatings I had just witnessed against Zara, and I no longer felt safe on the island of St. Kitts. The St. Kitts police made it clear on the night of April 6, 2016 that they are free to do whatever they please regardless of whether or not the person in question is innocent or guilty.

PRinted Name: Alexandra Nichols

Signature:

Date: May 23, 2016