# Exhibit 9

On April 6, 2016, Anthony Zara and myself drove in Zara's vehicle to Starboard House at 5:45 p.m. where Alexandra Nichols' apartment is located. At 6:00 p.m. I attended a dinner with a former employer at Marshals. Dinner ended around 8:30 p.m and after, I drove to Sprat Nets where Anthony Zara, Kent Kovalsky, Alexandra Nichols, Leigh Klar, Samantha Mammen, and Nicole Cerniello were eating dinner. Zara drove back Kovalsky, Mammen, while Cerniello, Klar and Nichols rode back with me in Zara's car. We left around 10:30 p.m. from Sprat Nets in which we went back to Nichols' apartment. At around 11:00 p.m., multiple St. Kitt's police officers knocked on Nichols' door in which it was the police officers who addressed Nichols, not RUSVM security officers. At this time, I was not aware if a RUSVM security officer was there or not. Nichols and the St. Kitt's police officers exchanged words for about 15 minutes in which during this time Kovalski, Klar, Mammen, and Cerniello left Nichols apartment and went outside. Zara and myself were still located inside of Nichols apartment. Zara left through the back door of Nichols apartment after we agreed I would retrieve his car. I left through the front door in which there was only one RUSVM security officer there at the location. I entered Zara's vehicle and began to drive. A RUSVM security vehicle was illegally blocking any incoming and outgoing vehicles. The RUSVM security vehicle was turned on, idling, with their head lights turned on. I believed someone was in the vehicle so I flashed my lights multiple times to get their attention and move the vehicle. There was a RUSVM security officer and multiple police officers next to the RUSVM security vehicle in which they saw me trying to maneuver Zara's vehicle between the RUSVM security vehicle and the Starboard House railing. No police officer or security officer told me to stop. Instead, they watched me attempt to maneuver through in which I ended up bumping into the rear fender of the RUSVM security vehicle. Zara saw the vehicle situation that I was in and walked back towards Starboard House where the vehicles were located. Zara asked the RUSVM security officer why he had his vehicle blocking traffic in which Zara and the RUSVM security officer spoke to each other for a couple of minutes regarding the vehicle situation. Shortly after, Zara was identified by Dave Wright, Starboard House landlord, who was speaking to the RUSVM security officers that were standing next to the security vehicle. Wright began making comments regarding Zara in which no officers told him to stop; however, when Zara made comments regarding Wright he was instantly told to stop. After Zara was identified by Wright, the officers stopped helping me with my vehicle situation and focused on Zara. All officers came to where Zara was standing and stood around. I asked the officer that was initially helping me with my vehicle situation multiple times if we could continue with the paperwork in which he continually answered me that I had to wait. During this time, Nichols called James Phillips, asking him to come to the situation and assist us in which Phillips came. Without any warning, two officers tried to apprehend Zara in which Zara ran; however, Zara was found nearby. Phillips and I stayed outside by Zara's car and Nichols went inside. Shortly after Nichols went inside, she came back outside and told me that she had heard Zara screaming for help. Nichols, Phillips, and myself started walking down the road towards where Zara had ran in which we heard Zara screaming for help and saying that an officer had kicked him in the face. I turned on the light on my phone so I could see what was going on in which I saw Zara chest down on the ground and bleeding from the nose with many officers on him. The officers kicked, punched, and dragged Zara. Nichols, Phillips, and myself had the lights on our phones on in which the officers thought we were recording what was going on. An officer yelled at me to turn my phone off, turn the light off, and attempted to grab it out of my hand. The same was done to Nichols and Phillips' phones. While Zara was being beaten by multiple police officers, Nichols and myself begged them to stop in which the officers responded by pushing us and threatening to arrest us for obstruction of justice. While the multiple officers were beating Zara, Zara tried to curl up into a ball or move away from where they were beating him. Zara never struck or raised a hand to any officer during the entire time. Zara continuously asked the officers why he was

being arrested in which the officers never answered Zara. I also asked the police officers why Zara was being arrested and the officers never answered me. Throughout the entire situation, Zara was continuously beaten by officers - kicked, punched, thrown in bushes, dragged, and shirt torn off of him. After the police officers took a pause in beating Zara, two police officers began recording the situation with their phones while Zara was being walked to a police car in handcuffs. I never left Zara's side during the entire situation to make sure that there was always an eye witness there. Nichols and Phillips were two other individuals that witnessed Zara being beaten; however, there were times where they walked back up the road and would eventually come back. While Zara was being beaten by police officers, RUSVM security did nothing to help him, rather they simply stood there and watched. After Zara was detained, the officer that was initially taking my statement regarding the vehicle situation finally began to work on the paperwork again and finalize it. Phillips and I asked the officers which police station Zara would be taken to in which they all stated they did not know and they would not ask anyone for us. I immediately called Linda Zara, Anthony Zara's mom, and told her what had happened. Phillips called Albert du Plessis, "RUSVM director of safety and security," and told him what had happened. On April 7, 2016, Phillips and I located Zara at the correct police station. For 2 days, Phillips, myself, and Zara's lawyer worked to get Zara out of jail. On April 7, 2016, I had a received an e-mail from Jeffry Fazio, "Student Engagement & Professional Standards Specialist", stating that he would like to set up a meeting with me regarding the incident that had occurred the night before. I met with Fazio for about an hour on April 7, 2016. During my meeting, Fazio showed extreme bias. Fazio recommended for me to re-evaluate my relationship with Zara. I told Fazio that it was the St. Kitt's police officers that initially addressed Nichols, I had no idea when the RUSVM security officers came to the location, and I do not feel safe nor comfortable dealing with the St. Kitt's police officers. Fazio immediately told me I was wrong and that the RUSVM security officers had been there from when the St. Kit's police officers knocked on the door. I told Fazio that Zara was continuously beaten by multiple police officers and that the RUSVM security officers were standing there watching it all in which he brushed me off. Fazio told me one of the officers claimed I had hit them in which I never put my hands on any officers in that manner and when I told Fazio this - the truth - he believed the officers over me. Regarding the answers to multiple questions I was asked, Fazio twisted my words in which I would try to correct him each time. Also, when I was telling Fazio what had happened the night before, he would tell me how Zara, myself, or one of the others were in the wrong. When I tried to bring up Alexa Ferrari's role in the situation, I was immediately shut down and told that I needed to focus on myself and Zara's actions that night. Fazio was very unprofessional by bringing up a situation that had previously happened the weekend before in which the RUSVM security officers and St. Kitt's police officers were not exactly shown in good light. No one from this incident was involved in that situation; however, Fazio told me multiple times that the incident had no truth to it and both sets of officers were doing their jobs. I told Fazio how scared I was and am of the St. Kitt's police officers, that I feel un-protected by them as well as RUSVM security officers and now RUSVM administration. Fazio replied in saying that he has only been "on island" since January 2016 and does not understand why students are afraid of the officers. Fazio continuously supported actions of the officers and made me feel like I was a criminal in the situation. Fazio never told me or advised me to write an official statement nor did he ask me to sign the notes that he wrote down during my interview. After my meeting with Fazio, I went to du Plessis office to speak to him about what I needed to do in order to get Zara out of jail. Du Plessis told me that he was in contact with Linda Zara and the police; however, Du Plessis did not go to check on Zara at the police station until the following morning after the incident. On April 8, 2016, Phillips and myself picked up Zara from the St. Kitt's courthouse in which Zara had pain in his head, neck, and back as well as many

lacerations on his extremities. I took pictures of Zara the day Phillips and I picked him up from the courthouse. I called Dr. Holness, a local doctor in St. Kitts, and asked if they had any openings for that day or the next in which they replied saying their next available appointment with any doctor was not until the following Wednesday (April 13, 2016). I was then in contact with du Plessis as well as the school nurse, Juliet Battice. Battice stated that she had called Dr. Holness' office and scheduled an appointment for April 9, 2016 with Dr. Woodley. On April 9, 2016, I received a phone call from Dr. Holness' office stating that there was an emergency that would pull Dr. Woodley out of the office all day and Zara's appointment would be canceled. I got in touch with du Plessis and explained to him what had happened regarding the doctors and he asked me "what [I] would like [him] to do". I replied stating that I needed Zara looked at by a doctor within the day due the extent of his injuries and du Plessis replied that he would call Battice and "have her fix the problem". Battice called me stating that du Plessis spoke to her telling her that she just simply needed to give me the options in which du Plessis did not "fix the problem". Zara was not seen by a doctor until April 11, 2016 - 5 days after the incident - with Dr. Wilkinson. On April 15, 2016,. Zara had a conduct board hearing in which I served as a witness and was able to answer questions for exactly 10 minutes. Fazio's notes on my interview were used and the hearing panel believed that that was my actual written statement; however, it was not. On April 20, 2016, RUSVM retaliated against and bullied me in which I received an e-mail from Fazio. The e-mail contained five charges against me regarding the situation that occurred on April 6, 2016. In the e-mail, Fazio stated that I needed to make an appointment with him in which "failure to make this appointment may result in administrative action." I had my meeting on May 10, 2016 in which during the meeting, Fazio had me read statements from the RUSVM security officers where my name was included. These parts had many mistakes made by the security officers. Fazio was once again unprofessional and asked about Zara in which he was trying to figure out information through me rather than asking Zara himself. The interview was supposed to be regarding my charges only. I was not found in violation of any of the charges and sent a confirmation e-mail from Fazio on May 10, 2016 regarding this. This situation has made me extremely hesitant to approach administration about anything, I feel unprotected by all officers, both RUSVM & police, as well as the RUSVM administration. I am scared that Ferrari will make false accusations against me as well and could potentially lead me to be expelled because her words have taken precedent over everyone else's. Now, I live with constant anxiety and now I am terrified of all officers here in St. Kitt's. RUSVM administration is forcing me to live in an environment that is uncomfortable, unsafe, and unhealthy.

_____       May 23, 2016 _____
Justeen Borrecco
May 23, 2016