Exhibit 10

I got woken up by Lexi Nichols at 11pm on the Wed night. When I walked up Anthony was being confronted by the police because him and Dave were exchanging words. The police approached Anthony during their conversation but never approached Dave about quieting down. Then they grabbed Anthony to put his hands behind his back and pushed him against the police car. He then moved backwards and they released him where he proceeded to run. The police chased him into a dark area past the residence and caught him. When we arrived because he was screaming for help, they were beating and kicking him. Anthony never threw a punch or a kick at any point. They then proceeded to walk him back to the police cars where they threw him back to the ground and jumped on him beating him again, he questioned them because they wouldn't explain to him why they were arresting him. Once they released him he was going to walk home the police followed him and yet again started beating him in the bushes knocking one of his shoes off and ripping his shirt off. The military police arrived at this time and were very calm and this is when Anthony was the most calm because they actually talked to him. While the military police talked to the local police one of the cops that was originally beating Anthony approached him again and got in his face and began antagonizing him again. The military cop came over immediately and settled things and Anthony got in the truck to be taken to jail. During all this time I never physically saw Anthony ever make an attempt to strike an officer with his hands, feet or any other body part.

*James B Phillips*
May 23 2016