Exhibit 11



**Alexa Cook** — 11/1, 7:15pm

I miss you so much and I love you more than anything but I understand it's probably better for us to be apart. I understand it's probably better for us to have some space too but I would like us to be ok and civil sometime soon, for us and for our friends. love you A and hope we can be at that point sometime soon. xoxo AJ

---

November 1, 2015



**Tony Bologna** — 11/1, 11:39pm

you're cray



**Alexa Cook** — 11/2, 2:01am

I know

Wow I should have had brees in today. Almost 50 pts





**Alexa Cook** — 11/2, 5:25pm
Oo I didn't realize we pay a month early. I thought it was the other way around. Well no reason to write me a check then BC I'll owe you more than that anyways. I don't think I'll need to keep the AC though so you can sell it to someone else if you need to. Just give me until tonight to clarify with Dave and Laura

**Tony Bologna** — 11/2, 5:27pm
If anything you can sell it after you buy it from me seeing as you have been using this whole time and havent been able to use it plus the fact that you intentionally damaged it

and I*



**Alexa Cook** — 11/2, 5:28pm
I didn't keep you from taking it and you didn't take it because you don't need it.

**Tony Bologna** — 11/2, 5:29pm
You literally kept me from taking it the night Brad and Lexi picked me up. I told you not to use it but you continued to use it anyways

**Alexa Cook** — 11/4, 6:39pm

http://www.puckermob.com/relationships/to-the-guy-who-i-thought-i-would-grow-old-with   no need to respond, it was just too perfect not to send.

**Tony Bologna** — 11/4, 6:41pm

Btw ill need to come by to get the rest of my things, including the dish rack, AC unit and headphones, white strips and whatever else I may have forgotten. What time after 830 is good for you?

**Alexa Cook** — 11/4, 6:43pm

I haven't seen the headphones and it's probably better I drop everything off at brads or something. We haven't had the best luck with you or I coming by. Plus I'm having some ppl over tonight so I won't be free until a little later. You still have some stuff of mine too

**Tony Bologna** — 11/4, 6:43pm

what do I have of yours?

please find them, this isnt the first time I've asked. I will not be coming alone so you dont have to worry about anything happening

**Alexa Cook** — 11/4, 6:45pm

you did that last time and took my ice trays.

I will look but you even looked and didn't see them. I will look again

**Tony Bologna** — 11/4, 6:45pm

those are my ice trays Alexa, you bought blue ones to match the one I had, and you lent them to Dave

I didnt have a chance to really look