# Exhibit 12

don't expect to be let in again until my stuff is brought back. I told brad he's the only one I'm letting in from now on. I'm not your bitch. Again remember I have everything of yours so if you still want to play this game I won't be as nice as I've been and stuffs going to be missed

*missing

10/15/15, 7:12 PM

All I have is your suitcase

thanks thang thang as sad as I am I will try

do you want to come by for a little?

just for a little as you promise to be nice feed free

*as long *feel

> Never feed free
>
> Always hungry

sorry I sound drink

*drunk

I shouldn't text anymore

> So you are drunk? Lol

Hahah no but maybe a mix. You'd be happy if you stayed

Come over

> I'm helping brad study for his tic test tomorrow

Ok don't worry then. Just thought id offer. See you soon I'm sure

> I'm sure, seeing as we are still both in blue on the same island lol

Which is super shitty. I have no negative energy so if you do keep it from the classroom

> I was the one who made convo today
>
> Just trying to be civil

I appreciate it

Why do you think I invited you over tonight

Minus other factors- it's nice to have a man around

but dont worry about it. I'm sorry I added that stress.

> No worries, I'm not phazed by it
>
> Lol

Ok well I'm going to lay put but if you want to come by let me know soon BC I'm going to lock up. See you soon. Xo

*stay

> I'm not going to make it over but thank you for the invite

no prob. I just. Needed someone over to talk to so if you have anyone to send I would really appreciate it. Thank you

> What about Danielle?
>
> Everyone here is studying

what about her

she's not. Jokes she never does. She's ALMOST like you but not fully

You should go find her. You two would be Perf

> I meant why don't you message her to talk?

she's not available

Ok but I'm going soon to deal with stuff

> Oh, Rachel?

have fun you guys but come by if you are free

No they don't like each other!

Come on A figure ur shit out

> So just invite one of them

neither available. Have fun with orange. I have to feed kitten and stuff. Come over if you want to help. If not enjoy your trip. Xox

> Ok thanks

I'm putting my phone down for the night but if you want to join I'll be out feeding the colony so LMK.

> Ok I'm not going to make it tonight

Kk goodnight

> Night

If you don't mind sending anyone over to work with brad. Wouldn't hate that at all

To talk to u guess. Otherwise they shouldn't be here

> Night

Will you stop by for 1 sec. I'll drop you off but apparently they don't understand us

Jk don't you worry about it

> Ok

Night

If you get a free chance id appreciate a stop buy. Again not a prob the opposite way but just wanted to talk to you

> Ok

Ok so let me know if you plan on stopping by. If not I'm heading to bed soon

> I'm not going to make it

No worries

You listen to the weeknd song I sent,

*?

http://youtu.be/k3aAl92_VDE

iMessage with +1 (954) 579-2209

10/28/15, 7:56 PM

**Alexa Ferrari**
You coming by tonight or no?

**Alexa Ferrari**
I could just toss it, that's not a problem. I just wish you would have msgd me to let me know you couldn't come or didn't actually want it anymore

10/29/15, 11:05 AM

**Alexa Ferrari**
Don't expect to get anything else you own, it will be trashed.

10/29/15, 2:39 PM

**Alexa Ferrari**
Did you get my fb msg?

sorry for the above msg I was just upset. It felt like you were just dumping me off like you had you fun and were going to rudely take some of my stuff just to make it worse

*your

hello?

ok well enjoy your life. I had a good time with you last night and miss that, but you've made it clear I don't matter to you anymore. You can come get your white strips and cooler if you want them. I won't toss them, I'm done fighting for nothing.

10/29/15, 4:30 PM

**Alexa Ferrari**
just let me know if you still want that stuff, also if you want to come by tonight at some point to get it and talk id appreciate it. I want to apologize

please. I want us to be ok.

well you know where I am if you decide you want to hear me out. I think we owe it to us and all we've been thru together to do at least that. I'm here ready to talk and apologize if you decide to.

10/29/15, 6:10 PM

**Alexa Ferrari**
I'll at least say this over the phone- I'm so so sorry for how I reacted this morning. I was still a little drunk and I felt like you just used me for the night and were dumping me off in the morning which is why I was sour and told you to take your box. And then when you took the ice box and trays it just made me that much more sure of it. Regardless I shouldn't have reacted that way and I'm so sorry. I was just so upset to think that's all I meant to you after everything. Please forgive me.

I found that little baggy of stuff you gave me forever ago. I know you said you didn't have anything if you'd want it

10/29/15, 9:46 PM

**Alexa Ferrari**
and if you need someone to take care of you tonight I'm here <3

10/30/15, 1:44 AM

**Alexa Ferrari**
I'm headed to bed so if you are out late and need me just call