# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY ZARA, Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-5156 |
| | ) |
| DEVRY EDUCATION GROUP, INC.; | ) Judge Andrea R. Wood |
| DEVRY MEDICAL INTERNATIONAL, INC.; | ) |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, | ) |
| SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LTD.; | ) |
| and ALEXA FERRARI, Defendants. | ) |

### DEFENDANT ALEXA FERRARI'S FED. R. CIV. P. RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Alexa Ferrari ("Ferrari"), by her attorneys and pursuant to Fed. R. Civ. P. Rule 12(b)(2), requests the Court to enter an Order dismissing plaintiff's claims against her due to the Court's lack of personal jurisdiction. In support of this motion, Ferrari submits a memorandum of law and her declaration.

DATE: June 8, 2016                                  Respectfully submitted,

Scott A. Schaefers                                  ALEXA FERRARI, Defendant.
BROTSCHUL POTTS LLC
30 N. LaSalle St., Ste. 1402                        By: /s/ Scott A. Schaefers
Chicago, IL 60602                                          Scott A. Schaefers, one of her attorneys
Phone: (312) 268-6795
Email: sschaefers@brotschulpotts.com

## **CERTIFICATE OF SERVICE**

      Scott A. Schaefers, an attorney for defendant Alexa Ferrari, certifies that on **June 8, 2016**, he served a copy of her **Fed. R. Civ. P. Rule 12(b)(2) Motion To Dismiss For Lack Of Personal Jurisdiction** on the parties' counsel of record via the Court's CM/ECF system.

                                        /s/ *Scott A. Schaefers*
                                        Scott A. Schaefers