# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY ZARA, Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-5156 |
| | ) |
| DEVRY EDUCATION GROUP, INC.; | ) Judge Andrea R. Wood |
| DEVRY MEDICAL INTERNATIONAL, INC.; | ) |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, | ) |
| SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LTD.; | ) |
| and ALEXA FERRARI, Defendants. | ) |

## DECLARATION OF ALEXA FERRARI

I, Alexa Ferrari, pursuant to 28 U.S.C. § 1746(1), declare under penalty of perjury under the laws of the United States of America that I have personal knowledge of the following facts, which are true and correct:

1. I am 24 years old. I have read plaintiff's complaints in this case.

2. I am a veterinary student at the Ross University School of Veterinary Medicine ("RUSVM") on St. Kitts island, which is part of St. Kitts and Nevis, a foreign nation located in the Caribbean Sea.

3. I currently live on St. Kitts while I attend school at RUSVM.

4. When I am not in school, I reside in Tennessee.

5. I have never resided in Illinois.

6. I have never traveled to Illinois.

7. I do not own any real or personal property located in Illinois.

8. I do not have any bank accounts or other accounts located in Illinois.

9. I have never transacted or done any business in Illinois.

10. I have never communicated with anyone in Illinois about plaintiff Anthony Zara, or about any other fact or issue involved in this lawsuit, other than with defendants' attorneys in this case after I was served with the summons on May 20, 2016.

11. I have no other contact with Illinois.

I, Alexa Ferrari, pursuant to 28 U.S.C. § 1746(1), declare under penalty of perjury under the laws of the United States of America that I have personal knowledge of the foregoing facts, which are true and correct.

_____
Alexa Ferrari

Date: 6/6/16