IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY ZARA, Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cv-5156 |
| ) | |
| DEVRY EDUCATION GROUP, INC.; ) | Judge Andrea R. Wood |
| DEVRY MEDICAL INTERNATIONAL, INC.; ) | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, ) | |
| SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LTD.; ) | |
| and ALEXA FERRARI, Defendants. ) | |

To: Parties' Counsel of Record

PLEASE TAKE NOTICE that on **June 16, 2016** at **9:00 a.m.**, defendant Alexa Ferrari, by her attorney Scott A. Schaefers, will appear before Judge Andrea R. Wood, or any other Judge sitting in her stead in Courtroom 1925, U.S. Courthouse, 219 S. Dearborn St., Chicago, IL 60604, and then and there present her **Motion to Join in the DeVry and Ross University Defendants' Motion to Dismiss for** *Forum Non Conveniens*, a copy of which was previously served upon you.

DATE: June 8, 2016                          Respectfully submitted,

Scott A. Schaefers                           ALEXA FERRARI, Defendant.
BROTSCHUL POTTS LLC
30 N. LaSalle St., Ste. 1402                 By: */s/ Scott A. Schaefers*
Chicago, IL 60602                                Scott A. Schaefers, one of her attorneys
Phone: (312) 268-6795
Email: sschaefers@brotschulpotts.com

## **CERTIFICATE OF SERVICE**

Scott A. Schaefers, an attorney for defendant Alexa Ferrari, certifies that on **June 8, 2016**, he served a copy of her **Notice of Motion to Join in the DeVry and Ross University Defendants' Motion to Dismiss for** *Forum Non Conveniens* on the parties' counsel of record via the Court's CM/ECF system.

*/s/ Scott A. Schaefers*
Scott A. Schaefers