# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Anthony Zara

                Plaintiff,

v.                                             Case No.: 1:16–cv–05156
                                                     Honorable Andrea R. Wood

Alexa Ferrari, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 15, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant Ferrari's motion [25] to join in the motion to dismiss on forum non conveniens grounds filed by the Devry and Ross University Defendants is granted. Defendant Ferrari is granted leave to join in the forum non conveniens motion. The briefing schedule for that motion (see Dkt. No. [11]) remains in place. The motion presentment date of 6/16/2016 is stricken. Parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.