UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ZARA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVRY, INC. and DEVRY MEDICAL INTERNATIONAL, INC. dba ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE; and ALEXA FERRARI,<br><br>    Defendant. | Case No.: 1:16-cv-05156<br><br>Judge Andrea R. Wood<br><br>Room 1925 |

## NOTICE OF MOTION

**To:**    Brian M. Stolzenbach, Esq.
         Katherine F. Mendez, Esq.
         SEYFARTH SHAW LLP
         131 South Dearborn Street
         Suite 2400
         Chicago, Illinois 60603
         (312) 460-5000
         bstolzenbach@seyfarth.com
         kmendez@seyfarth.com

         Scott A. Schaefers
         BROTSCHUL POTTS LLC
         30 N. LaSalle St., Ste. 1402
         Chicago, IL 60602
         (312) 268-6795
         sschaefers@brotschulpotts.com

    **PLEASE TAKE NOTICE** that on **June 30, 2016, at the hour of 9:00 a.m., ANTHONY ZARA,** by his undersigned counsel, shall appear before the Honorable Andrea R. Wood, or any other District Court Judge who may be sitting in her stead, in courtroom 1925 of the United States District Court for the Northern District of Illinois, 219 Dearborn Street, Chicago, Illinois, and shall then and there present **PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT,** a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

/s/ Jason J. Bach_____
Jason J. Bach
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Jason J. Bach, an attorney, states that he served a copy of the foregoing Notice of Motion to be served upon the following via electronic filing CM/ECF on this 22nd day of June, 2016.

Brian M. Stolzenbach, Esq.
Katherine F. Mendez, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
bstolzenbach@seyfarth.com
kmendez@seyfarth.com
*Attorneys for Defendants DeVry Education Group Inc.,*
*DeVry Medical International, Inc., and Ross University*
*School of Medicine, School of Veterinary Medicine (St. Kitts) Limited*

Scott A. Schaefers
BROTSCHUL POTTS LLC
30 N. LaSalle St., Ste. 1402
Chicago, IL 60602
(312) 268-6795
sschaefers@brotschulpotts.com
*Attorney for Defendant Alexa Ferrari*

/s/ Jason J. Bach_____
Jason J. Bach
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*