IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY ZARA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVRY EDUCATION GROUP, INC.; DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and ALEXA FERRARI;<br><br>        Defendants. | Civil Action No. 1:16-cv-5156<br><br>Honorable Judge Andrea R. Wood<br>Magistrate Judge Sidney Schenkier |

**PLAINTIFF'S EMERGENCY MOTION FOR ONE DAY EXTENSION TO FILE OPPOSITIONS TO MOTIONS TO DISMISS**

NOW COMES Plaintiff, ANTHONY ZARA ("Zara" or "Plaintiff"), by and through his undersigned attorneys, and hereby moves this Honorable Court on an emergency basis for an extension of one day to file his oppositions to motions to dismiss due to an electrical outage, which is preventing completion of the drafting and mandatory electronic filing of said oppositions. In support of his Motion, Plaintiff states as follows:

    1.    Pursuant to this Court's Order dated May 25, 2016, all Defendants filed their motions to dismiss in the above-captioned cause on June 8, 2016.

    2.    Also pursuant to this Court's Order dated May 25, 2016, Plaintiff is to file his responses to said motions on June 22, 2016.

    3.    Plaintiff's counsel is primarily drafting said responses in Northwest Indiana but is experiencing a sustained power outage due to severe thunderstorms and is unable to complete and file said oppositions today.

1

4.	Assuming that power is restored, Plaintiff's counsel needs no more than 24 hours to complete the responses and electronically file them with the Court.

5.	Accordingly, Plaintiff moves this Court for an additional 24 hours to file his responses to Defendants' motions. Plaintiff's counsel has been unable to confer with counsel for Defendants due to the time of day. In addition, while Plaintiff's counsel is able to file this brief motion via their Nevada office, they are unable to do that with the oppositions.

WHEREFORE, Plaintiff ANTHONY ZARA respectfully requests that the deadline for his oppositions to all of Defendants' motions pending before the Court be extended until June 23, 2016, due to electrical failure. Plaintiff has no opposition to Defendants' reply deadline being extended by one day.

Respectfully submitted,

**THE BACH LAW FIRM, LLC**

By     */s/ Jason J. Bach*
Jason J. Bach
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorneys for Plaintiff Anthony Zara*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notification of such filing to:

    Brian M. Stolzenbach, Esq.
    Katherine F. Mendez, Esq.
    SEYFARTH SHAW LLP
    131 South Dearborn Street
    Suite 2400
    Chicago, Illinois 60603
    (312) 460-5000
    bstolzenbach@seyfarth.com
    kmendez@seyfarth.com
    *Attorneys for Defendants DeVry Education Group Inc.,*
    *DeVry Medical International, Inc., and Ross University*
    *School of Medicine, School of Veterinary Medicine (St. Kitts) Limited*

    Scott A. Schaefers, Esq.
    BROTSCHUL POTTS LLC
    30 N. LaSalle Street, Suite 1402
    Chicago, Illinois 60602
    (312) 268-6795
    sschaefers@brotschulpotts.com
    *Attorney for Defendant Alexa Ferrari*

                              */s/ Jason J. Bach*
                              Jason J. Bach