**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANTHONY ZARA,

Plaintiff,

v.

DEVRY, INC.; DEVRY MEDICAL INTERNATIONAL, INC. dba ROSS UNIVERSITY SCHOOL OF VETERINARY DEVRY EDUCATION GROUP, INC.; DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and ALEXA FERRARI;

Defendants.

Civil Action No. 1:16-cv-5156

Honorable Judge Andrea R. Wood
Magistrate Judge Sidney Schenkier

**MOTION FOR LEAVE TO FILE PLAINITFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS DEVRY EDUCATION GROUP INC., DEVRY MEDICAL INTERNATIONAL, INC., AND ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED IN EXCESS OF PAGE LIMITS PURSUANT TO LOCAL RULE 7.1**

Plaintiff Anthony Zara ("Zara"), by and through his undersigned attorney of record, respectfully requests leave to file a memorandum in excess of fifteen (15) pages in support of his Opposition to the Motion to Dismiss Plaintiff's Claims Against Defendants DeVry Education Group Inc. ("DVG"), DeVry Medical International, Inc. ("DMI"), and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited ("RUSVM," and collectively, with DVG and DMI, "Defendants"). Defendants' memorandum of law, filed on June 8, 2016, asserts legal arguments requiring numerous and lengthy responses. In order to address all of the necessary issues, Plaintiff will need to file a brief that exceeds the fifteen (15) page limit set forth in Local

Rule 7.1. According, while Zara made every effort to be as concise as possible, Zara respectfully requests leave to file a brief that is twenty (20) pages in length.

WHEREFORE, Zara respectfully requests that this Court grant him leave to file a Memorandum in Support of Plaintiff's Opposition to the Motion to Dismiss Plaintiff's Claims Against Defendants DeVry Education Group Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited, that is twenty (20) pages in length.

DATED this 23rd day of June, 2016.

Respectfully submitted,

**THE BACH LAW FIRM, LLC**

By *\/s/ Jason J. Bach*

Jason J. Bach
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorneys for Plaintiff Anthony Zara*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notification of such filing to:

Brian M. Stolzenbach, Esq.
Katherine F. Mendez, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
bstolzenbach@seyfarth.com
kmendez@seyfarth.com
*Attorneys for Defendants DeVry Education Group Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited*

Scott A. Schaefers, Esq.
BROTSCHUL POTTS LLC
30 N. LaSalle Street, Suite 1402
Chicago, Illinois 60602
(312) 268-6795
sschaefers@brotschulpotts.com
*Attorney for Alexa Ferrari*

*/s/ Jason J. Bach*
Jason J. Bach