UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ZARA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVRY EDUCATION GROUP, INC.;<br>DEVRY MEDICAL INTERNATIONAL,<br>INC.; ROSS UNIVERSITY SCHOOL OF<br>MEDICINE, SCHOOL OF VETERINARY<br>MEDICINE (ST. KITTS) LIMITED; and<br>ALEXA FERRARI,<br><br>    Defendant. | Case No.: 1:16-cv-05156<br><br>Judge Andrea R. Wood<br><br>Room 1925 |

### NOTICE OF MOTION

**To:**    Brian M. Stolzenbach, Esq.
Katherine F. Mendez, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
bstolzenbach@seyfarth.com
kmendez@seyfarth.com

Scott A. Schaefers, Esq.
BROTSCHUL POTTS LLC
30 N. LaSalle Street, Suite 1402
Chicago, Illinois 60602
(312) 268-6795
sschaefers@brotschulpotts.com

    **PLEASE TAKE NOTICE** that on **June 30, 2016, at the hour of 9:00 a.m., ANTHONY ZARA,** by his undersigned counsel, shall appear before the Honorable Andrea R. Wood, or any other District Court Judge who may be sitting in her stead, in courtroom 1925 of the United States District Court for the Northern District of Illinois, 219 Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION FOR LEAVE TO FILE PLAINITFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS DEVRY EDUCATION GROUP INC., DEVRY MEDICAL INTERNATIONAL, INC., AND ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE (ST.**

1

**KITTS) LIMITED IN EXCESS OF PAGE LIMITS PURSUANT TO LOCAL RULE 7.1,** a copy of which is attached hereto and hereby served upon you.

        Respectfully submitted,

        **THE BACH LAW FIRM, LLC**

By    */s/ Jason J. Bach*
        Jason J. Bach
        7881 West Charleston Blvd., Suite 165
        Las Vegas, Nevada 89117
        Telephone: (702) 925-8787
        Facsimile: (702) 925-8788
        Email: jbach@bachlawfirm.com
        *Attorneys for Plaintiff Anthony Zara*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notification of such filing to:

>Brian M. Stolzenbach, Esq.
>Katherine F. Mendez, Esq.
>SEYFARTH SHAW LLP
>131 South Dearborn Street
>Suite 2400
>Chicago, Illinois 60603
>(312) 460-5000
>bstolzenbach@seyfarth.com
>kmendez@seyfarth.com
>*Attorneys for Defendants DeVry Education Group Inc.,*
>*DeVry Medical International, Inc., and Ross University*
>*School of Medicine, School of Veterinary Medicine (St. Kitts) Limited*

>Scott A. Schaefers, Esq.
>BROTSCHUL POTTS LLC
>30 N. LaSalle Street, Suite 1402
>Chicago, Illinois 60602
>(312) 268-6795
>sschaefers@brotschulpotts.com
>*Attorney for Defendant Alexa Ferrari*

                                                  */s/ Jason J. Bach*
                                                  Jason J. Bach