# Exhibit 4

简体中文   English   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

Www.rossu.edu        Lookup

## Showing results for: ROSSU.EDU

Original Query: www.rossu.edu

### Raw WHOIS Record

```
This Registry database contains ONLY .EDU domains.
The data in the EDUCAUSE Whois database is provided
by EDUCAUSE for information purposes in order to
assist in the process of obtaining information about
or related to .edu domain registration records.

The EDUCAUSE Whois database is authoritative for the
.EDU domain.

A Web interface for the .EDU EDUCAUSE Whois Server is
available at: http://whois.educause.net

By submitting a Whois query, you agree that this information
will not be used to allow, enable, or otherwise support
the transmission of unsolicited commercial advertising or
solicitations via e-mail.  The use of electronic processes to
harvest information from this server is generally prohibited
except as reasonably necessary to register or modify .edu
domain names.

You may use "%" as a wildcard in your search. For further
information regarding the use of this WHOIS server, please
type: help

-------------------------

Domain Name: ROSSU.EDU
```

```
Registrant:
   Ross University, School of Veterinary Medicine
   485 US Highway 1 South
   Building B, 4th floor
   Iselin, NJ 08830
   UNITED STATES

Administrative Contact:
   Chris  Vaughn
   DeVry Education Group
   814 Comerce Dr
   Oakbrook, IL 60523
   UNITED STATES
   (630) 572-8017
   james.vaughn@devrygroup.com

Technical Contact:
   Chris  Vaughn
   DeVry Education Group
   814 Comerce Dr
   Oakbrook, IL 60523
   UNITED STATES
   (630) 572-8017
   james.vaughn@devrygroup.com

Name Servers:
   ADNS1.DEVRY.NET
   ADNS2.DEVRY.NET
   ADNS3.DEVRY.NET
   ADNS4.DEVRY.NET

Domain record activated:    27-Oct-2005
Domain record last updated: 18-May-2016
Domain expires:             31-Jul-2017
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the

Case: 1:16-cv-05156 Document #: 34-4 Filed: 06/23/16 Page 4 of 4 PageID #:448

sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2016 Internet Corporation for Assigned Names and Numbers     Privacy Policy