Exhibit 7



Current Students

Chat       877.751.5783       Request Info



Home  >  Privacy

## Privacy Statement

Chamberlain College of Nursing LLC websites

### 1)     General.

Chamberlain College of Nursing LLC and its related companies or affiliates ("Chamberlain" or "we") respect the privacy of every individual who visits our websites or responds to our promotions. Chamberlain intends to act reasonably to protect your privacy, but obviously cannot guaranty security against "hackers" or other issues beyond our control. To better protect your privacy we provide this notice explaining our online information practices and the choices you can make about the way your information is collected and used. This notice applies to all information collected or submitted on Chamberlain websites, unless otherwise posted.

### 2)     Information Collected From You.

Personally Identifiable Information refers to information that is collected in conjunction with your name and/or email address.  Chamberlain does not collect any personally identifiable information from you unless you provide it voluntarily.  If you do not want your personally identifiable information collected, do not submit it to us.

Chamberlain may collect other information from you that is not in conjunction with your name.  Although most of this information is collected from you when you submit it voluntarily, some of it may be collected automatically by use of a "cookie."  Cookies are small text files that reside on your computer and identify you as a unique user. Cookies allow us to, among other things, measure activity on our website and to personalize your experience on our website.  For instance, cookies may enable us to remember your viewing preferences without requiring you to re-type a user name and password.  Cookies may also allow us to track your status or progress when ordering products from us  If you choose, you can set your browser to reject cookies or you can manually delete individual or all of the cookies on your computer by following your browser's help file directions. However, if your browser is set to reject cookies or you manually delete cookies, you may have some trouble accessing and using some of the pages and features on our website.

### 3)     How We Use the Information We Collect.

We use the information that we collect to complete a contact or request; to better understand your needs, to provide to Chamberlain marketing and its resources, to improve our products and services, and to contact you. Please note that we will not contact you unless you have authorized Chamberlain to contact you. If you have provided your information to Chamberlain and wish to be removed from our email list, you may unsubscribe from future Chamberlain commercial marketing emails. However, please note that you will continue to receive transactional emails regarding non-commercial relationship matters with the institution. To unsubscribe, please visit our Opt Out/Unsubscribe page and follow the instructions there.  Please allow up to ten business days for your request to be processed.

### 4)     Sharing Information That You Provide With Others.

Generally we do not give or sell your information, including your personally identifiable information, with outside companies except in the following situations:

- Blogs and Online Communities.  You may choose to submit information as part of a blog or online community offered by Chamberlain.  Any information you choose to post, including personally identifiable information, may be available generally to the public, or to other members of the blog or online community.
- Subcontractors.  We may share your information with subcontractors that provide us with services.  These services may include, but may not be limited to, helping to provide services that you request, helping to create or maintain our databases, helping to research and analyze the people who request services or information from us, helping to provide marketing or solicitation materials for our products or services, and/or helping to process payment card information.
- Law Enforcement.  We may report to law enforcement agencies any activities that we reasonably believe to be unlawful, or that we reasonably believe may aid a law enforcement investigation into unlawful activity.  In addition, we reserve the right to release your information to law enforcement agencies if we determine, in our sole judgment, that either you have violated our policies, or the release of your information may protect the rights, property or safety of you or another person.
- Permitted by Law.  We may share your information with others as required by, or permitted by, law.  This may include sharing your information with governmental entities, or third parties in response to subpoenas, court orders, other legal process, or as we believe is necessary to exercise our legal rights, to defend against legal claims that have been brought against us, or to defend against possible legal claims that we determine in our sole discretion might be brought against us.
- Transfers.  In the event that Chamberlain, or substantially all of Chamberlain's assets, are acquired, your Information will be transferred to the acquiring entity.  In such a situation, you will be provided with notice that a transfer of your Information is imminent, and you will be given an opportunity to opt-out of the transfer of your information.

### 5)     Do Not Track Signals.

Some web browsers and devices permit you to broadcast a preference that you not be "tracked" online. At this time we do not modify your experience based upon whether such a signal is broadcast.

### 6)     Behavioral Advertisers.

We may participate in behavioral-based advertising. This means that a third party may use technology (such as a cookie on your browser or a web beacon) to identify you on our website so that they can provide advertising about products and services tailored to your interest. That advertising may appear either on our website, or on other websites. We do participate in Google Analytics feature Google Display Network Impression Reporting. We and third-party vendors, including Google, use first-party cookies and third-party cookies together to report how our ad impressions, other uses of ad services, and interactions with these ad impressions and ad services are related to visits to our site. If you would like to opt-out of third-party behavioral advertising that collects information on your use of this website, you can do so by visiting the websites of the Network Advertising Initiative and the Digital Advertising Alliance. Visitors can opt-out of Google Analytics for Display Advertising and customize Google Display Network ads using the Ads Settings.

### 7) Children (age 17 and under).

All persons age 17 or under must ask for and receive their parents' or guardian's permission before sending any information about themselves to Chamberlain or to anyone online or over the Internet. Parents or guardians of persons age 17 or under must send us an e-mail indicating their approval of the child's participation in any of the services/resources that require collection of personal information on our websites.

### 8) Parents/Guardians.

Any information collected by Chamberlain from children is used for the sole purpose of delivering the requested service/materials. If you have a question, or would like to review or delete your child's personally identifiable information, contact us via one of the methods listed at the bottom of this statement.

### 9) Third-party websites.

Any links to third-party websites on Chamberlain sites are provided solely as a convenience to you. If you use these links, you will leave the Chamberlain site. Chamberlain does not review all third-party sites, nor does it control or assume responsibility for the content or privacy policies of any of these sites. Thus, Chamberlain does not endorse or make any representations about them, or any information, or other products or materials found there, or any results that may be obtained from using them. If you decide to access a third-party site linked to a Chamberlain website, you do so at your own risk.

### 10) How can you correct your information?

If you have any questions regarding this privacy policy or would like to have your personally identifiable information modified or deleted from our records, please e-mail us or call our toll-free number.

### 11) How to contact us, and how we may contact you.

Should you have other questions or concerns about this privacy policy, contact us at:

Chamberlain College of Nursing, LLC
3005 Highland Parkway
Downers Grove, IL 60515-5799
Toll-Free: 888-556-8CCN (8226)
info@chamberlain.edu

If Chamberlain is required to provide you with notice of a particular event or incident, we will send you that notice by e-mail, telephone, or mail.

Last revised on August 12, 2015.