Exhibit 8

This is the html version of the file
http://veterinary.rossu.edu/content/dam/dmi/veterinary/documents/RUSVM_Sex_and_Gender_Based_Misconduct_Response_and_Prevention.pdf.
**Google** automatically generates html versions of documents as we crawl the web.

**Page 1**

| | |
|---|---|
| **Policy Name:** | **Ross University School of Veterinary Medicine Policy on Sex and Gender-Based Misconduct Response and Prevention** |
| **Policy Category:** *(Select One)* | Policy, Compliance and Legal |
| **Policy Owner:** | Senior Director, Ethics & Compliance Services |

**Policy Administrator:** Associate Title IX Coordinator

## I. Purpose

This policy applies to complaints or reports of alleged sex and/or gender-based misconduct. Ross University School of Veterinary Medicine ("RUSVM") expressly prohibits sex and/or gender-based misconduct which includes sexual harassment, sexual assault, rape, domestic violence, dating violence, stalking, sexual exploitation, and gender-based harassment. Any acts that meet this policy's definitions of sex and/or gender-based misconduct are a violation of RUSVM's policy, and potentially applicable state and federal law. RUSVM is committed to fostering an environment where any alleged violation of this policy is promptly reported and complaints are resolved in a fair and timely manner.

Creating a safe environment is the responsibility of all members of the community. Regardless of the definitions provided below, anyone who believes they are a victim of sex and/or gender-based misconduct should report the incident as soon as possible to the Title IX Coordinator (See "Coordinator" under "Definitions" below for contact information) or the campus complaint administrator in addition to seeking immediate medical and/or safety assistance.

## II. Scope

This policy applies to all members of the RUSVM community, and includes, but is not exclusive to faculty, staff, students, RUSVM visitors, volunteers, vendors, and persons related to, receiving or seeking to receive services, or otherwise pursuing studies with the organization. It also applies, as appropriate, to any alleged act of sex and/or gender-based misconduct that adversely impacts the RUSVM community, whether those acts occur on or off campus.

## III. Definitions

"**Clery Act**" refers to the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act, 20 U.S.C. Section 1092(f); 34 C.F.R. Part 668.46. The Clery Act requires that institutions annually disclose certain crimes which have occurred within a geography that includes campus buildings and adjacent locations. Annual disclosures are released on or by the 1st day of October each year.

"**Colleague Code of Conduct**" refers to the "DeVry Code of Conduct and Ethics" (http://www.devryeducationgroup.com/resources/pdfs/code_of_conduct.pdf) which is applicable to colleagues at all DeVry Education Group institutions and offices and outlines colleagues' rights and responsibilities.

Pg. 1

**Page 2**

"**Colleague complaint procedure**" is the vehicle by which colleagues can bring to the administration's attention any complaint relating to their experience with RUSVM or a member of the RUSVM community. It is the mechanism for investigating and trying to resolve complaints raised by colleagues and can be found in the DeVry Commons (www.thedevrycommons.com > My Self-Serve > Resources).

"**Complaint administrator**" is a RUSVM colleague or DeVry Education Group representative responsible for conducting an investigation when a complaint of sex and/or gender-based misconduct is raised. To find the complaint administrator at any given location or for a particular complaint, consult the location's student handbook, student services department, or the Title IX Coordinator.

"**Conduct administrator**" is an official authorized to administer disciplinary proceedings for respondents who may have violated the Code of Conduct applicable to students. A conduct administrator may serve as the sole member or as a participant in the conduct panel. Nothing shall prevent RUSVM from authorizing the same conduct administrator to impose sanctions in all cases at a single or multiple locations.

"**Conduct panel**" means any person or persons authorized by the conduct administrator to determine whether a respondent has violated the Code of Conduct applicable to students and to determine appropriate sanctions.

"**Consent**" is a voluntary, conscious, affirmative agreement to engage in a specific sexual act. Consent can only exist free from force, threat of force or coercion. Under this policy, "No" always means "No," and "Yes" may not always mean "Yes." Anything but voluntary, conscious, affirmative consent to any sexual activity is equivalent to "no" for purposes of this policy. While the legal definition of consent varies by jurisdiction (See "Related Information" for link to consent statutes by state), the following general rules apply when assessing whether consent has been/was given.
- Consent can never be assumed. Consent cannot be implied from either the lack of explicit consent or the lack of explicit dissent.
- Where there is use of threat or force by the accused, the lack of verbal or physical resistance or the submission by the victim does not constitute consent.
- The manner of dress of the victim does not constitute consent.
- Past consent to sexual contact and/or a shared sexual history does not imply

consent to future sexual contact.

- A person who initially consents to sexual contact including penetration may withdraw continued consent at any time during the course of that interaction.
- Consent to some form of sexual activity cannot automatically be taken as consent to any other form of sexual activity.
- Intoxication due to use of alcohol or drugs may impair an individual's capacity to consent freely and may render an individual incapable of giving consent.
- A power differential between people engaged in a sexual act presumes the inability to consent for the less powerful person (e.g. the student in a student-colleague interaction; the supervisee in a direct report-supervisor interaction).

Pg. 2

**Page 3**

"**Coordinator**" refers to the Title IX Coordinator. Ms. Mikhel Kushner, Associate Title IX Coordinator (mkushner@devrygroup.com or 630-515-5440) and Mr. Mark Ewald, Senior Director for Ethics and Compliance Services (mewald@devrygroup.com or 630-353-1437) are responsible for overseeing compliance with all aspects of this policy and designated to receive and monitor resolution for all Title IX reports.

"**CRC**" refers to the Coaching Resource Center which is available to managers to assist in addressing colleague relations concerns including complaints about colleague or vendor conduct.

"**Dating violence**" means sex or gender-based violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the victim. While no form of violence is ultimately desirable, a distinction should be made between violent acts representing an effort to exert power and control within a dating relationship and defensive acts taken in response to ongoing verbal, psychological or physical abuse by a dating partner.

"**Domestic violence**" refers to sex or gender-based violence committed by either a current or former spouse of the victim; a person with whom the victim shares a child in common; a person who is or has cohabitated with the victim as a spouse; a person similarly situated to a spouse of the victim under the jurisdictional domestic or family violence laws; or any other person against a victim who is protected from that person's acts under the jurisdictional domestic or family violence laws. Based on jurisdictional definitions, domestic violence may constitute a felony or misdemeanor crime. While no form of violence is ultimately desirable, a distinction should be made between violent acts representing an effort to exert power and control within a domestic relationship and defensive acts taken in response to ongoing verbal, psychological or physical abuse by a domestic partner.

"**FERPA**" means the Family Educational Rights and Privacy Act, 20 U.S.C. Section 1232g; 34 C.F.R. Part 99. FERPA sets certain limits on the disclosure of student records. This policy is designed to work in tandem with FERPA, and nothing in this policy is intended to require or encourage non-compliance with FERPA.

**"Gender-based misconduct"** refers to unwelcome conduct, including harassment, of an unacceptable nature based on actual or perceived biological sex including behaviors based on gender identity, expression and nonconformity with gender stereotypes.

**"Member of the RUSVM community"** includes students, faculty members or staff, and any other individuals associated with RUSVM. The conduct administrator or complaint administrator shall determine a person's status in a particular situation.

**"Notice"** refers to any information regardless of whether it is direct, indirect, partial or complete received by a colleague that indicates possible sex or gender-based misconduct. When notice is received, colleagues are required to inform the Title IX Coordinator or their supervisor who in turn must make a report to the Title IX Coordinator.

Pg. 3

**Page 4**

**"One-up manager"** is a colleague's manager's manager. It is the person responsible for receiving a colleague's complaint when his/her direct manager is implicated in that complaint.

**"Policy"** is defined as a general administrative or operational direction with broad application throughout DeVry Education Group and/or one or more of its institutions.

**"Rape"** is any penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim and/or by force. Rape may involve strangers or people who know one another (e.g. friend, classmate, relative, spouse or co-worker). In these instances, rape is often referred to as "acquaintance rape." Rape is a crime regardless of a relationship or lack thereof between individuals.

**"Sexual assault"** is non-consensual sexual contact defined as physical contact of a sexual nature against the victim's will or without the victim's consent. It includes any intentional sexual touching, however slight, by direct physical contact or by use of any object, by a person upon another person, without consent and/or by force. Rape is a severe form of sexual assault.

**"Sexual contact"** means the deliberate touching of a person's intimate body parts (including lips, genitalia, groin, breast or buttocks, or clothing covering any of those areas), or using force to cause self-touching by another person of intimate body parts.

**"Sexual exploitation"** occurs when a person takes non-consensual or abusive sexual advantage of another for the advantage or benefit of themselves or any other person that is not the person being exploited by the behaviors. Examples include but are not limited to: invasion of sexual privacy; prostitution; non-consensual recording of nudity or sexual activity; voyeurism; knowingly exposing someone to an STI, STD or HIV; intentional exposure of genitals in non-consensual circumstances; and sex-based stalking or bullying.

**Sexual harassment**" refers to unwelcomed sex or gender-based advances, requests for favors or other verbal, written, online and/or physical conduct. Sexual harassment occurs when a person is the recipient of conduct of a sexual nature where: (1) Submission to, or toleration of, such conduct is made either explicitly or implicitly a term or condition of the student's education or colleague's employment; or (2) Submission to or rejection of such conduct by an individual is used as the basis for academic decisions about the student or professional decisions about the colleague; or (3) Such conduct is sufficiently severe or persistently pervasive and objectively offensive thereby having the purpose or effect of unreasonably interfering with a person's ability to participate in or benefit from RUSVM's educational, employment, social or other related programs.

"**Sex and gender-based misconduct**" is a broad term used to refer to all conduct prohibited by this policy. This encompasses sexual harassment, gender-based harassment, dating violence, domestic violence, rape, sexual assault, sexual

Pg. 4

**Page 5**

exploitation and stalking. Sex and gender-based misconduct can occur between strangers or acquaintances, including people involved in an intimate or sexual relationship. Sex and gender-based misconduct can be committed by any person regardless of sex, gender or sexual orientation of the victim or perpetrator.

"**Stalking**" is a course of behavior directed at a specific person that would cause a reasonable person to feel fear for personal safety, or repetitive, menacing pursuit, following, harassing and/or interfering with the peace and/or safety of another.

"**Code of Conduct applicable to students**" refers to the policy titled "Code of Conduct" which is accessible in the student handbook. It outlines students' rights and responsibilities, as well as the process by which action may be taken against a student for Code violations.

"**Student complaint procedure**" is the vehicle by which students can bring to RUSVM's attention any complaint relating to their experience with RUSVM or a member of the RUSVM community. It is the mechanism for investigating and attempting to resolve complaints raised by students. The student complaint procedure can be found in the student handbook http://www.rossu.edu/veterinary-school/shared-content/documents/RUSVM_Student_Handbook.pdf .

"**Speak Up**" refers to SpeakUpDeVryGroup, a reporting system managed by a third party vendor (EthicsPoint), which encourages members of the RUSVM community to come forward with questions or concerns, including allegations of sex and/or gender-based misconduct. Reports can be made anonymously or reporters can provide their name and contact information. Colleagues are expected to ask legal, compliance and ethics questions and report suspected wrongdoing. Colleagues and students can utilize the SpeakUp program by contacting the third party contractor EthicsPoint by phone at 1-866-421-0617 or on-line at www.speakupdevrygroup.ethicspoint.com.

"**Title IX**" is a federal law which prohibits sex and gender discrimination in U.S.

education. Under Title IX, sex and gender-based misconduct are forms of discrimination that require investigation and appropriate remediation when students, colleagues, or other members of the educational institution's community are impacted. Title IX is enforced by the U.S. Department of Education.

"**VAWA**" refers to the Violence Against Women Act, 34 CFR Part 668. VAWA supports community resources for victims of rape, sexual assault, stalking, dating violence and domestic violence and articulates expectations regarding the management of related concerns when a report is made to representatives of U.S. colleges and universities.

"**RUSVM**" means Ross University School of Veterinary Medicine.

## IV. Policy Statement

Pg. 5

**Page 6**

### Prevention and Awareness

Acts that are deemed to fall within the scope of this policy are violations of the Codes of Conduct, as well as the expectations of members of the RUSVM community. These acts may also be crimes. In an effort to increase the likelihood of intervention and reduce the risk of sex and/or gender-based misconduct from occurring among its students and colleagues, RUSVM is committed to providing primary and ongoing awareness and prevention programming.

Primary and ongoing awareness and prevention programs will cover the continuum of issues contemplated by this policy. Themes will include situational awareness and prevention strategies such as bystander intervention and other forms of risk reduction. While *bystander intervention* specifically refers to the safe and effective ways in which third parties can intervene to thwart sex and/or gender-based misconduct, *risk reduction* also encompasses various strategies to eliminate or reduce risk of harm by avoiding or removing oneself from situations that are dangerous or uncomfortable.

*Awareness programs* are events that occur online or in person that request active engagement of community members. It is the expectation and responsibility of each member of the RUSVM community to participate in programming which will assist with ongoing prevention efforts, as well as effective and efficient identification and response when sex and/or gender-based misconduct does occur.

*Primary prevention and awareness programming* will include a comprehensive online education platform intended for viewing by all colleagues and students, as well as student-facing vendors if necessary and appropriate. The program will be completed by:
- New students and transfer students: prior to arrival for orientation
- Returning and continuing students who did not take the training as a new or transfer student: no later than the first day of classes for the semester when they are scheduled to return or continue
- Colleagues by the date stated in email notification.

http://webcache.googleusercontent.com/search?q=cache:TvSNGZrQiBwJ:veterinary.rossu.edu/content/dam/dmi/veterinary/documents/RUSVM_Sex_and_Ge...    6/20

- Specific vendors by the date stated in email notification

Access to the primary prevention program and its contents will be ongoing throughout the participant's relationship with RUSVM. Members of the RUSVM community are encouraged to visit this resource regularly for personal, professional and academic purposes.

*Ongoing prevention and awareness campaigns* are public service announcements and campaigns, as well as messages and activities integrated into the day-to-day fabric of the academic community. These initiatives are intended to reinforce increased awareness regarding sex and/or gender-based misconduct and prevention strategies throughout the year. RUSVM will continually seek formal and informal ways to incorporate additional awareness and prevention strategies, e.g., active and passive educational campaigns such as social norms poster campaigns, newsletter articles, presentations and volunteerism with local community resource agencies. When additional ongoing education is provided, the organizer will report that event, activity, or effort to the Title IX Coordinator for recordkeeping and quality assurance purposes. Toolkits including ideas and resources that support ongoing efforts and are related to the primary prevention and awareness programming will be made available to any campus upon request.

Pg. 6

**Page 7**

*Additional training* will be delivered to colleagues responsible for responding to reports of sex and/or gender-based misconduct, including but not limited to complaint administrators, conduct administrators, conduct panelists, and appeal reviewers. These colleagues should complete the primary prevention and awareness programming described above, as well as remote or live training and/or consultation with the Title IX Coordinator before and during management of an allegation within the scope of this policy.

**Reporting**

Victims may file a formal complaint with a designated local campus administrator or through the Title IX Coordinator.

Ms. Mikhel Kushner
Associate Title IX Coordinator
DeVry Education Group
630-515-5440
mkushner@devrygroup.com

Mr. Mark Ewald
Senior Director, Ethics and Compliance Services
DeVry Education Group
630-353-1437
mewald@devrygroup.com

Reports can also be made anonymously through the SpeakUp program (1-866-421-0617).

If a victim wishes to access local community agencies and/or law enforcement for support, RUSVM will assist the victim in making these contacts.

Anyone may make a report regarding any information pertaining to violations of this policy. All RUSVM colleagues (faculty, staff, administrators, and student workers) are required to immediately provide any information received about any actual or suspected sex and/or gender-based misconduct impacting the RUSVM community to appropriate officials with some very narrow exceptions discussed elsewhere in this policy (see "Confidentiality").

Regardless of how notice is received, reports may prompt a need for RUSVM to investigate.

Any individual wishing to discuss a situation within the scope of this policy without triggering an immediate investigation should seek referral to mental health counseling services. Students may seek support through ASPIRE at 1-888-470-1531 or via info@myASPIREonline.com. For information or to schedule an appointment, please contact the RUSVM Counseling Center, by calling 465-4161 x401-1500. Located in room 07-121 between the blue mailboxes. Hours of Operation: Monday - Friday, 8:00 a.m.-4:00p.m. Counseling is not available during semester breaks. counselingcenter@rossvet.edu.kn and colleagues may seek support 24 hours a day, seven days a week through GuidanceResources at 877-623-3879 or 1-800-314-4685. General hotline and other resource information can be found at the end of this policy and focused support services can be obtained through consultation with student services, the CRC, local human resources, or the Title IX Coordinator.

Individuals experiencing misconduct in violation of this policy are also always are free to notify the U.S. Department of Education:
> Office of Civil Rights (OCR) - Headquarters
> 400 Maryland Avenue, SW
> Washington DC 20202-1100
> Customer Service Hotline #: (800) 421-3481

Pg. 7

**Page 8**

> TDD#: (877) 521-2172
> Email: OCR@ed.gov
> Web: http://www.ed.gov/ocr
> Regional Offices: http://www2.ed.gov/about/offices/list/ocr/addresses.html

**Support and Resources**

The RUSVM official who receives notification of alleged sexual and/or gender-based misconduct will offer appropriate support or refer the victim directly to immediate assistance. Assistance may initially require supported access to local medical, mental health, legal or law enforcement resources and could include academic accommodations, changes in housing for the victim or a respondent student, changes in working situations and other arrangements as may be appropriate and available (such as limiting orders, campus escorts, transportation assistance, or targeted interventions). No victim is required to take advantage of these services and resources, but RUSVM provides them in the hope of offering help and supporting minimal disruption to access to academic programming or the workplace. If circumstances related to an incident change over time, these and other supportive accommodation options may be revisited. RUSVM may also provide referrals to counseling services, at the victim's option, including but not limited to the confidential colleague and student support services outlined above (See "Reporting"). Local resource lists can also be found through student services. A brief list of national and international referral sites can be found at the end of this policy.

**Disciplinary Review and Action**

Acts of sex and/or gender-based misconduct are subject to disciplinary action. Disciplinary

action is not intended to determine criminal responsibility. Rather it is intended to identify and respond to violations of RUSVM policy and community standards.

When the victim chooses, or RUSVM believes it is necessary, a prompt, fair and impartial investigation will be initiated. If allegations appear to be substantiated based on the totality of the circumstances, a respondent student may be subject to the Code of Conduct process, which will determine any violation of this policy based upon a preponderance of evidence (what is more likely than not). The student complaint procedure which details the investigation and resolution processes, and the Code of Conduct applicable to students, which details the student disciplinary hearing process, can be found in the student handbook or online here: http://www.rossu.edu/veterinary-school/shared-content/documents/RUSVM_Student_Handbook.pdf

If allegations of colleague misconduct are substantiated to the preponderance of evidence standard through the investigation, colleague discipline may be imposed. The colleague complaint procedure, which details the investigation and resolution processes and prohibited colleague conduct, can be found on the Commons (www.thedevrycommons.com > My Self-Serve > Resources).

The Title IX Coordinator will monitor the investigation and resolution of reports of sex and/or gender-based misconduct and facilitate compliance with this policy. Furthermore, the Title IX Coordinator will work with campus administration to identify and initiate strategies

Pg. 8

**Page 9**

intended to remedy the effects on the victim and the RUSVM community to the extent practicable and reasonable to prevent the recurrence of similar misconduct.

Privacy of the records specific to sex and/or gender-based misconduct investigations is maintained in accordance with applicable law, including FERPA. Any public release of information to comply with the timely warning provisions of the Clery Act will not include the names of victims or information that could easily lead to a victim's identification. In appropriate instances, pertinent interim actions and the results of disciplinary hearings regarding the alleged perpetrator of misconduct will be disclosed to the alleged victim and/or complainant. Confidentiality will be maintained whenever possible, however RUSVM reserves the right to exercise discretion and disclose details of an incident or allegation to assure community safety or the safety of an individual.

It is RUSVM's policy to hold perpetrators of sex and/or gender-based misconduct accountable for their actions through appropriate student conduct or personnel procedures, and by working with community agencies and law enforcement as appropriate. Internal mediation between the alleged victim and respondent will not be used to resolve an allegation of sexual misconduct.

In any complaint of sex or gender-based misconduct, the person bringing the accusation and the responding party are both entitled to the same opportunities for a support person or advisor of their choice throughout the process, consistent with any guidelines set forth applicable to students or colleagues. Once complete, the parties will be informed, in writing, of the outcome. Notice to both parties will include the findings, as well as the sanctions/discipline (if any) to the degree possible and always when the sanction/ discipline

is directly relevant to that individual. Delivery of this outcome will not be unduly delayed to either party, and should occur in the same form and format and as near to simultaneously as possible.

### Sanctions for student misconduct

Appropriate disciplinary sanctions for substantiated violations of this policy by students, up to and including expulsion, will be imposed in accordance with the Code of Conduct applicable to students found here: http://www.rossu.edu/veterinary-school/shared-content/documents/RUSVM_Student_Handbook.pdf . The full list of available sanctions is provided in the Code of Conduct applicable to students. This policy statement is not intended to replace or substitute for the Code of Conduct applicable to students. This policy is a supplement to the community standards that the Code of Conduct applicable to students sets forth. Alleged violations of this policy will be referred to the applicable complaint administrator and/or conduct administrator for appropriate review. All parties in a student conduct proceeding will be informed at the same time and in the same manner of any final determinations, as well as RUSVM's appeal process, and their rights to request an appeal. Should any change in outcome occur prior to finalization (e.g., a re-hearing ordered upon appeal), all parties will be informed at the same time and in the same manner, and will be notified when the results of the conduct process is finalized. In addition, violations of this policy may trigger application of sanctions to a student imposed under local, state, or federal law.

Pg. 9

**Page 10**

### Sanctions for colleague misconduct

Alleged violations of this policy by colleagues will be referred to the CRC for appropriate review. Disciplinary sanctions for a colleague's violation of this policy may include written reprimand, warning, probation, suspension, housing suspension, housing expulsion, limiting order, change in job assignment, office relocation, reduction of awards under the management incentive plan, or termination of employment or contract, and will be imposed in accordance with applicable RUSVM policies and procedures. RUSVM reserves the right to impose further and/or different sanctions appropriate to an individual situation. In addition, violations of this policy may trigger application of sanctions to a colleague imposed under local, state, or federal law.

**Reporting by colleagues to external authorities**

Colleagues who are made aware of a possible violation of this policy are required to contact their manager or one-up manager and also the Title IX Coordinator. Colleagues can also submit named or anonymous reports of sexual and/or gender-based misconduct by utilizing the DVG "Speak Up" hotline at www.speakupdevrygroup.ethicspoint.com. Colleagues should contact the Title IX Coordinator with any questions about whether a report to law enforcement is appropriate. Nothing in this policy prohibits a student or colleague from reporting a crime directly to local authorities.

Disciplinary procedures are independent of any and all procedures and proceedings under

local, state, or federal criminal or civil law. In all cases, RUSVM reserves the right to refer cases for parallel criminal prosecution or to pursue sanctions regardless of criminal prosecution. Violations of this policy by a visitor, volunteer, vendor, agents, or other third parties affiliated with RUSVM may also result in the termination of pre-existing or future relationships.

**Victim Rights**

RUSVM will take interim steps to protect victims of sex and gender-based misconduct and maintain a positive learning and working environment by minimizing or eliminating contact between a complainant and a respondent and providing reasonable academic, employment, and administrative accommodations in accordance with the Clery Act and Title IX. Students who are victims of sex and/or gender-based misconduct may request a change in their academic arrangements by contacting student services, the Title IX Coordinator, or local leadership. Colleagues who are victims of sex and/or gender-based misconduct may request a change in their employment arrangements by contacting their one-up manager, the CRC, the Title IX Coordinator, or local leadership.

Victim's rights include:

1. Upon notifying RUSVM of alleged incidents of sex or gender-based misconduct, victims will be informed of available options including the necessary steps and potential consequences of each option.
2. Where applicable, victims will be informed of the institution's role regarding orders of protection, no contact orders, restraining orders, or similar lawful orders issued by a civil, criminal, or tribal court.

Pg. 10

**Page 11**

3. Victims have the right to be free from undue coercion from RUSVM to pursue or not pursue any course of action.
4. Victims have the right to be advised of their option to notify appropriate law enforcement authorities, and be informed about how to receive assistance from RUSVM in notifying these authorities, if requested.
5. Victims who have not yet reported to a colleague required to notify the Title IX Coordinator may request and receive information on how to make a confidential report for the purposes of tracking campus crime without otherwise divulging details that would require or permit RUSVM to investigate and respond.
6. Victims have the right to be fully informed of any applicable disciplinary conduct process and procedures.
7. Victims have the same right as the accused to attend and have a support person of their choice and/or witnesses present at student conduct hearings.
8. Victims have the right to be informed of the outcome of any student or colleague conduct process involving alleged sex or gender-based misconduct. In the case of student conduct proceedings, victims have the right to appeal the outcome.
9. Victims have the right to request a change in academic, on-campus employment, or on-campus living arrangements after the alleged sex or gender-based misconduct and to be informed of the reasonably available options for those changes.
10. Victims will be informed about campus and/or community resources for counseling, advocacy, and/or other services for survivors of sexual assault, relationship violence and

other forms of sexual misconduct.

*For all colleagues*: In the event that a violation of this policy is reported to you, the victim should be provided with the above-listed options and a copy of this policy. For more specific instructions on how to properly comply with this policy, please consult the Title IX Coordinator.

**Amnesty for Victims and Witnesses**

RUSVM encourages the reporting of sex and gender-based misconduct by victims and witnesses who are sometimes hesitant to report to RUSVM officials or participate in the resolution processes because of concern that they may be accused of policy violations, such as underage drinking or drug use at the time of the incident. It is in the best interest of the community that victims and witnesses come forward to share what they know regarding violations of this policy. To encourage reporting, victims and witnesses may be provided with educational options, rather than punitive sanctions, for minor policy violations.

Similarly, RUSVM encourages direct assistance to those in need as a result of sex or gender-based misconduct. In instances where minor policy violations are revealed as a result of a person providing assistance to a victim, policy violations should not be overlooked, however the RUSVM may provide educational options, rather than punitive sanctions, to those who offer their assistance.

**Retaliation**

RUSVM prohibits retaliation against anyone who reports an incident of sex and gender-based misconduct or any person who assists or participates in a proceeding, investigation or hearing relating to such allegations. Any allegation of retaliation related to the investigation

Pg. 11

**Page 12**

or resolution of a sex or gender-based misconduct allegation will be treated as an independent Title IX complaint requiring consideration of appropriate reparative interim action, as well as investigation and resolution as described in this policy.

Retaliation includes, but is not limited to, any form of intimidation, reprisal, or harassment. All complaints of retaliation should be reported in accordance with RUSVM's complaint procedures. If RUSVM's procedures would result in students or colleagues being required to submit a complaint to the person whom they believe is retaliating, students or colleagues may submit the retaliation complaint directly to the Title IX Coordinator, or to the campus or location leader or one-up manager, who should also inform the Title IX Coordinator.

Submission of a good-faith complaint or report of sexual or gender-based misconduct will not adversely affect the complainant's future academic or work environment. RUSVM will discipline or take other appropriate action against anyone who retaliates against any person who reports an incident of alleged sexual or gender-based misconduct or who retaliates against any person who assists or participates in a proceeding, investigation or hearing related to such allegations.

**Confidentiality**

RUSVM wishes to create an environment in which individuals feel free to discuss concerns and make complaints. RUSVM understands that complainants, witnesses, and others involved in the investigation process may be concerned about the confidentiality of the information they are sharing. In some cases, however, RUSVM may be obligated to take action when it becomes aware of information relating to a complaint.

Confidentiality in cases of sex and/or gender-based misconduct will be maintained to the extent permissible by law and consistent with RUSVM's obligations in investigating complaints. Once an individual discloses identifying information to RUSVM through the processes described above and in the applicable complaint procedures, that person will be considered to have filed a complaint with RUSVM. While the confidentiality of information received, the privacy of individuals involved, and compliance with the wishes of the complainant or witnesses cannot be guaranteed, they will be respected to the extent possible and appropriate.

If students or colleagues wish to speak with someone who can assure confidentiality, they are encouraged to access counseling services available by referral through RUSVM's third party provider, ASPIRE, at 888.470.1531 or http://myaspireonline.com (for students) or GuidanceResources at 877-623-3879 (for colleagues) For information or to schedule an appointment, please contact the RUSVM Counseling Center, by calling 465-4161 x401-1500. Located in room 07-121 between the blue mailboxes. Hours of Operation: Monday - Friday, 8:00 a.m.-4:00p.m. Counseling is not available during semester breaks. counselingcenter@rossvet.edu.kn

### V. Resources & Tools

**Risk Reduction Tips**

Pg. 12

**Page 13**

Responsibility for sexual misconduct rests with those who commit such acts. Risk reduction tips are not intended to blame the victim. There are precautions we all can take which may limit our exposure to situations which may result in non-consensual sexual acts.

- Communicate limits/ boundaries and respect the limits/ boundaries of others.

- Clearly and firmly say "No" to a sexual aggressor.

- If possible, leave the physical presence of a sexual aggressor or otherwise violently aggressive person.

- If someone is nearby, ask for help.

- Take responsibility for your alcohol/ drug use. Acknowledge that alcohol/ drugs lower sexual inhibitions and may make you vulnerable to someone who sees an impaired person as a sexual opportunity.

- Do not take advantage of someone's intoxication or altered state even if alcohol or drugs were consumed willingly.

- If you choose to share intimate images, pictures, videos or content with others, even those you trust, be clear about your expectations regarding how the information may

be used, shared or disseminated. If such information is shared with you, do not
share it with others.

- Take care of friends and ask that they take care of you.

- As a sexual initiator, clearly communicate your intentions and give your sexual
partner the opportunity to clearly communicate the same.

- Do not make assumptions about consent, sexual availability, sexual attraction, how
far an interaction can go, or about physical and/or mental ability to consent.

- Remember that consent should be affirmative and continuous. If there is any
question or ambiguity, you should proceed as if you do not have consent.

- Consider mixed messages from a partner to be an indication that sexual conduct
should stop so that better communication can occur.

- Recognize the potential for a sexual partner to feel intimidated or coerced by you as
a result of a power advantage, your gender, your demeanor or your physical
presence. Do not use or abuse that power.

**Bystander Intervention Strategies**

Intervention by classmates, colleagues and others within proximity to the precursors or
signs of possible sexual assault, sexual exploitation, dating violence, domestic violence or
stalking can significantly impact the course of an interaction between a latent perpetrator
and victim. Bystanders may also encourage friends, classmates and colleagues who are
already experiencing victimization to seek assistance sooner than they may have without
encouragement, support, or acknowledgement. Community members are encouraged to
recognize warning signs and to consider possible methods of interference in various
scenarios before opportunities to intervene arise. By planning ahead, we all maximize the
likelihood of being empowered to take safe actions to either prevent sexual misconduct or
offer paths to eliminate ongoing victimization.

Pg. 13

**Page 14**

When a member of the RUSVM community observes threatening, coercive, forceful,
aggressive or harassing behavior, it is important to assess the situation to determine the
best possible course of action for all concerned. Some forms of intervention are direct,
while others will be less apparent to the perpetrator or others within range of the interaction.
Examples include but are not limited to:

- Making up an excuse to get someone out of a dangerous situation.

- Stepping in to change the course of an interaction.

- Warning potential or perceived perpetrators that their actions may lead to severe
consequences.

- Refusing to leave the company of a potential victim despite efforts by an aggressor
or pursuer to get the potential victim alone.

- Remaining on the scene of observed misconduct and offering to make a statement
or act as a witness subsequent to intervention by security, administration or the
police.

- Taking steps to reduce alcohol or drug consumption within a potentially dangerous social situation.

- Calling and cooperating with security, administration, the police or others to assist with intervention and accountability.

- Expressing concern or offering resources when you notice someone with unexplained or frequent injuries.

- Refusing to consider sex and/or gender-based misconduct a personal or private matter between the victim and the perpetrator.

**Procedures to Follow After a Sexual Misconduct Incident**

Victims of any sexual misconduct that might constitute a crime, including domestic violence, dating violence, sexual assault, stalking, and rape (including acquaintance rape) that impacts the RUSVM community have the option and are encouraged to contact local law enforcement authorities.

Whenever possible, victims should report a violation of this policy as soon as possible and preserve evidence as may be necessary to prove that domestic violence, dating violence, sexual assault, or stalking occurred, or to obtain a protection order. Victims of sexual assault or rape are strongly encouraged to report the incident as described in this policy to deter future assaults and to ensure that victims receive the services they need. Steps should be taken to help deal with physical and emotional trauma associated with the violation. Recommended steps include:

1. Go to a safe place; go somewhere to get emotional support.

2. Consider reporting the incident to the police. If requested, RUSVM will assist with notification.

3. Report the misconduct to the student services, one-up manager, campus incident commander, security local RUSVM leadership, Title IX Coordinator, or the CRC.

Pg. 14

**Page 15**

4. For your safety and well-being, immediate medical attention is encouraged. Being examined as soon as possible, ideally within 120 hours, is important especially in the case of rape and other forms of sexual assault. The hospital will arrange for a medical examination at no charge. To preserve evidence, it is recommended that, if at all possible, you do not bathe, shower, douche, eat, drink, smoke, brush your teeth, urinate, defecate or change clothes before that exam. Even if you have already taken any of these actions, you are still encouraged to have prompt medical care. Additionally, you are encouraged to gather bedding, linens or unlaundered clothing and any other pertinent articles that may be used for evidence. Secure them in a clean paper bag or clean sheet.

5. Even after the immediate crisis has passed, consider seeking professional counseling and the support of local and specialized support agencies such as sexual assault recovery centers and domestic violence safe houses. This can help to recover from psychological effects and provide a safe environment for recovery.

6. Contact *student services, security, student affairs specialist, academic affairs specialist, academic advising team lead (for online)*, one-up manager, Title IX coordinator, or the CRC if you need assistance with RUSVM related concerns, such as implementing no-contact orders or other protective measures. RUSVM may also liaise with local authorities to assist an individual who wishes to obtain protective or restraining orders.

Victims are not required to report an incident to law enforcement authorities, but campus authorities will assist victims who wish to do so. Anyone with knowledge about a sexual assault or other sex or gender-based misconduct is encouraged to report it immediately to the Title IX Coordinator in order to permit a coordinated report to the applicable law enforcement authorities when appropriate. Nothing in this policy prohibits a student or colleague from reporting a crime directly to local authorities.

Please refer to the "Related Information" section of this document for a link to local resources for advice and assistance to victims.

## VI. Related Information

### Resources for Victims

Local Resources can be found in the Annual Disclosure reports distributed to each campus community and posted on the Student Consumer Information page of RUSVM's web site. The reports are available by location in a drop-down menu and contain lists of local resources available to victims of sex and gender-based misconduct. The resource lists are updated annually.

To access this information, go to:

http://www.rossu.edu/documents/Annual_Disclosure_RUSVM.pdf

Additionally, the following resources exist to provide information and links to local assistance:

Pg. 15

---

**Page 16**

# Resources for Victims of Sexual Assaults

## RUSVM Contacts

- **Campus Counseling Center**

  869-465-4161 ext. 401-1500

  counselingcenter@rossvet.edu.kn

- **ASPIRE Counseling Services**

  888-470-1531

  myASPIREonline.com

- **Student Health Services**

  AnNichols@rossvet.edu.kn or 869-465-4161 ext. 1135

- Hazarie Ramoutar

  **Director of the Student Experience**

  hramoutar@rossvet.edu.kn or 869-465-4161 ext. 1101
- Mikhel Kushner

  **Associate Title IX Consultant**

  mkushner@devrygroup.com or 630-515-440

- Mark Ewald

  **Title IX Coordinator**
  **Director, Ethics & Compliance Services**

  mewald@devrygroup.com or 630-353-1437

**Note**: If a student wishes to reach out to the Police, they can contact RUSVM Safety and Security for assistance. However, if a student wishes to contact the Police directly, call: 869-465-2241(Basseterre), or 869-465-6899 or 765-1576 (Frigate Bay).

## International

- **National Sexual Assault Hotline**

  1-800-656-HOPE

  https://rainn.org/get-help

## United States

- **U.S. Embassy Barbados**

  248-227-4000 ext. 4193

  bridgetownacs@state.gov
- **U.S. Department of State**

  Americans Overseas Domestic Violence Crisis Center

  1-866-USWOMEN (International Toll-Free)

  crisis@866uswomen.org

- **The Office of Overseas Citizens Services**

  1-888-407-4747 or 202-501-4444

Pg. 16

---

**Page 17**

- **National Domestic Violence Hotline**

  1-800-799-7233

  (TTY) 1-800-787-3224

  thehotline.org

- **National Stalking Resource Center**

  victimsofcrime.org

- **National Suicide Prevention Hotline**

  1-800-273-TALK (8255)

  suicidepreventionlifeline.org

- **National Center of Victims of Crime**
  2000 M Street NW, Suite 480
  Washington, DC 20036
  Phone: (202) 467-8700
  Fax: (202) 467-8701

- **The White House Task Force to Protect Students from Sexual Assault**
  NotAlone.Gov

## Canada

- **Canadian Association of Sexual Assault Centres (CASAC)**
  Tel: (604)-876-2622
  Fax: (604)-876-8450
  Email: casac01@shaw.ca

- **U.S. Embassy**
  490 Sussex Drive

  Ottawa, Ontario

  K1N 1G8
  Tel: (General): 613-688-5335
  Tel: (Emergency): 613-238-5335
  ottawaACS@state.gov

## Australia

- **Tasmania Therapeutic Services**

  Laurel House Launceston

  Ph BH: (03) 6334 2740

  Ph AH: (03) 0409 800 394

  Laurel House North West

  Ph: (03) 6431 9711

  http://www.laurelhouse.org.au

Pg. 17

---

**Page 18**

- **Victoria**

  *Sexual Assault Crisis Line*

  Crisis Line: 1800 806 292 (free call)

  Administration: (03) 9344 2725 / (03) 9344 2744

  Fax: (03) 9344 2726

  Email: ahcasa@thewomens.org.au

  www.sacl.com.au

- **Canberra Sexual Health Centre**

  Ground Floor, Building 5 (North Wing)

  Canberra Hospital, Garran ACT 2605

  PO Box 11, Woden ACT 2605

  Ph: (02) 6244 2184

  Fax: (02) 6174 8200

  http://www.health.act.gov.au/our-services/sexual-health-sexual-assault

- **Sexual Assault & Domestic Violence National Help Line**

  1 800 Respect (1 800 737 732)

- **U.S. Embassy Melbourne, Australia**

  U.S. Consulate General Melbourne

  553 St. Kilda Road

  Melbourne, VIC 3004

  http://melbourne.usconsulate.gov

  (03) 9526 5900

- **U.S. Embassy Perth, Australia**

  **American Citizen Services**

  **Phone:** (08) 6144-5100 and follow the prompts to American Citizen Services

  **Email:** PerthACS@state.gov

  **Fax:** (08) 9325-5914

  **(Non-Visa related)**

  **Telephone:** (08) 6144-5100, 8:30am - 4:30pm

  **Email:** usrsaustralia@state.gov

  **Emergencies involving American Citizens**

  (08) 6144-5100 (Business Hours)

Pg. 18

---

**Page 19**

(08) 9476-0081 (After Hours)

001-61-8-9476-0081 (If calling from the U.S.)

## Ireland

- **The Dublin Rape Crisis Centre**

  70 Lower Leeson Street, Dublin 2

National 24-hour Helpline:

**1 800 778 888**

- **U.S. Embassy (American Citizen Emergencies)**

  U.S. Embassy Dublin
  42 Elgin Road
  Ballsbridge
  Dublin 4

**Phone: +353 (0)1 630-6200**

**Email:** ACSDublin@state.gov

Pg. 19