# Exhibit 11

# POLICIES AND PROCEDURES

## 1. GENERAL INFORMATION

## 1.1 INTRODUCTION

Ross University School of Veterinary Medicine ("RUSVM" or the "University") publishes this Student Handbook for <u>ALL</u> its students.

Effective November 12, 2015, the terms of this Student Handbook are binding upon **all students enrolled at <u>RUSVM, collectively referred to as RUSVM students, including students enrolled in the Veterinary Preparatory Program (Vet Prep), DVM students, postgraduate students[1], students on leave of absence from the</u> University, and students who are visiting at other veterinary schools for clinical education, postgraduate students conducting research off-campus and postgraduate students enrolled in <u>degree programs delivered online</u>**.

DVM students in the clinical curriculum or postgraduate students undertaking part of their degree programs at host institutions are required and expected to comply with the policies and procedures of the affiliated institution they attend, as well as those contained in this Student Handbook.

This Student Handbook is published for the purpose of providing RUSVM students information about policies and procedures that will govern their participation in the Doctor of Veterinary Medicine program and/or Postgraduate degree programs.

This edition supersedes all previous editions of the Student Handbook. In the event there is a conflict between this Student Handbook and any other University document or information, the terms of this Student Handbook will prevail.

## 1.2 INTERPRETATION AND MODIFICATION

---

[1] In the postgraduate policies sections, postgraduate students are referred to as "candidates."

consistent with the University's obligations in investigating complaints. Once an individual discloses identifying information to the University through the processes described above and in the applicable complaint procedures, he/she will be considered to have filed a complaint with the University. While the confidentiality of information received, the privacy of individuals involved, and compliance with the wishes of the complainant or witnesses cannot be guaranteed, they will be respected to the extent possible and appropriate.

If a student wishes to speak with someone who can assure confidentiality, he/she is encouraged to access counseling services available through the RUSVM Counseling Center or through RUSVM's third party provider, ASPIRE, at 888.470.1531 or via http://myaspireonline.com.

### *1.10.1.7  Resources for Victims of Sexual Misconduct*

Local Resources are reviewed each year and can be found in the Annual Disclosure reports distributed to each campus community and posted on the Safety and Security page of the RUSVM web site. The reports contain lists of local resources available to victims of sexual misconduct. The resource lists are updated annually.

To access this information, go to: http://www.rossu.edu/veterinary-school/Safety-Security.cfm.

## 1.10.2  RUSVM Adherence to Title IX Federal Legislation

In compliance with Title IX of the Education Amendment of 1972, RUSVM does not discriminate on the basis of sex in programs and activities. Please contact the Title IX Coordinator regarding the implementation of this law and its related regulations, including the investigation of any alleged non-compliance with or activity prohibited by Title IX, such as sexual harassment.

Mikhel Kushner
Associate Title IX Coordinator mkushner@devrygroup.com
630.515.5440

Or

Mark Ewald
Title IX Coordinator
Senior Director, Ethics & Compliance Services mewald@devrygroup.com
630.353.1437