Exhibit 14

What is LinkedIn?   Join Today   Sign In



# John Kroen

Vice President, Civic Affairs and Caribbean Security at DeVry Medical International, Inc.

Mokena, Illinois | Education Management

**500+** connections

| Current | DeVry Medical International, Inc., Ross University School of Veterinary Medicine, Coalition of Support for St. Kitts-Nevis Security Initiatives (CSSKNSI) |
| Previous | DeVry Education Group, Better Business Bureau, Dresner Corporate Services |
| Education | DePaul University College of Law |

## View John's full profile. It's free!

Your colleagues, classmates, and 400 million other professionals are on LinkedIn.

**View John's Full Profile**

## Find a different John Kroen

| First Name | Last Name | 🔍 |

**Example:** John Kroen


**John Kroen**
South Suburban Wildcats of Lincoln-Way
United States


**John Kroen**
--
United States


**John Kroen**
--
United States

More professionals named John Kroen

### People Also Viewed


**Steve S. Sulgrove**
President/CEO - Giant Gray, Inc.

**ivica zvonko miljak**
Chairman of the SB at Brioni d.d.


**Kevin Wilson**
Director of Global Physical Security at Asurion


**Lee Neutzling, MA, PSP, CHS-III**
Sr Manager, Corporate Security & Loss Prevention; FSO


**Susan Reinertson**
VP & Chief of Emergency Management & Corporate Security at Amtrak

**Liz Chamberlin**
Deputy Executive Director at International Security Management Association

**Thomas Kreuser, CPP**


**Prasun Dixit**
Head of Security - Corp.Security at Fidelity United Kingdom

**Mark Landry**
Regional Security Manager, FedEx Freight

### Public profile badge

Include this LinkedIn profile on other websites

[ View profile badges ]

## Summary

Business is about solving problems and I have fixed my share of problems in the areas of compliance, government relations, security, technology, and operations. Sometimes the focus is on policy development, training or risk mitigation, but the fun really starts when you are in the thick of an incident and they look to you for direction, strategy and the path to a favorable outcome. The challenge drives me and every day brings a new challenge.

More generically:

Problem Solver: Quick study to understand complex issues, strong leadership and team building drives implementation and results

Experience and Specialties: Legal education complements compliance and security risk identification, assessment, mitigation, policy development, negotiation, government relations, management and training experience

International Exposure: Experience deploying compliance, security, government relations, civic affairs, negotiation and risk mitigation strategies across multiple business units and departments in domestic and international locations

## Experience

### Vice President, Civic Affairs and Caribbean Security

DeVry Medical International, Inc.

July 2014 – Present (2 years)

Manages organization's community, municipal and diplomatic relations throughout the Caribbean. Provides knowledge and support to institution constituencies to enable institution's campuses and programs to operate within all applicable guidelines. Works closely with DeVry Education Group's International Relations, and Regulatory Affairs departments to ensure that each institution's licensing, compliance and country accreditation requirements are met.
• Interfaces with Caribbean government leadership, agencies, trade associations, educational associations, and other stakeholders to explore partnerships, further the interests of students or

What is LinkedIn?   Join Today   Sign In

provide input regarding Caribbean requirements and standards.
• Provides counsel to Caribbean institutions related to immigration, regulation, compliance and accreditation.
• Develops, issues and trains leadership and staff on policies establishing organizational objectives and compliance with government and internal rules and regulations.
• Reviews and approves process controls for sufficiency in assuring compliance with rules and regulations. Monitors adherence, provides recommendations to remediate deficiencies and adherence to corrective action plans.



## Adjunct Faculty

Ross University School of Veterinary Medicine

May 2014 – Present (2 years 2 months)

Teaching the Vet Law section of Veterinary Professional Foundations II. This class provides an introduction to the subjects of veterinary professional ethics, law and business management relating to veterinary practice. Students are made aware of laws and regulations that control various aspects of veterinary medicine as well as the legal obligations involved in veterinary practice. The importance of communication skills within veterinary practice is emphasized.

## Member

Coalition of Support for St. Kitts-Nevis Security Initiatives (CSSKNSI)

October 2011 – Present (4 years 9 months)

The Coalition of Support for St. Kitts-Nevis Security Initiatives (CSSKNSI) was established to drive effective advocacy, change and progress in the areas of safety and security in St. Kitts and Nevis through one voice representing several organizations on the island. The initiatives of the CSSKNSI are to provide funding and support to establish an acceptable level of safety and security throughout the Federation, to create an environment conducive to the success of its represented businesses, and to significantly improve the effectiveness of government provided policing to curb the level of crime and violence negatively impacting our society. The CSSKNSI includes Christophe Harbour, Cockleshell Bay Development, Four Seasons Nevis, Ross University School of Veterinary Medicine, St. Kitts Marriott Resort/Royal Beach Casino, Royal St. Kitts Hotel & Casino, and Windsor University.

## Clinical Instructor of Risk Management and Security Strategy

DePaul University Center for Strategy, Execution, and Valuation

December 2010 – Present (5 years 7 months)

## Co-Founder

South Suburban Wildcats

2006 – Present (10 years)

## Chief Security Officer

DeVry Education Group

July 2009 – June 2014 (5 years)

Applies knowledge of business operations and controls to identify and mitigate risk in the areas of crisis management, threat assessment, behavioral intervention, communication, security and Title IX, SaVE Act and Clery Act compliance. Created and leads the Security and Business Continuity department, directing an organization-wide strategy to manage incidents and circumstances that pose a threat to the organization's students, personnel, operations, assets or reputation, with a focus on planning, preparation, communication, training and remediation of risk.
• Successfully led organization through numerous high-risk, high-profile incidents.
• Conducted strategic plan with a theme of: Prepare, Prevent, Respond and Recover.
• Benchmarked security spend and program effectiveness against public and private education peers and across numerous industries.
• Led the creation of the organization's Emergency Response Plan (ERP) that was adopted by all subsidiaries and converted into a flipchart to be used as a job aid.
• Hosted an annual Incident Commander (IC) Summit to offer the latest training in the areas of

What is LinkedIn?   Join Today   Sign In

• Completed risk assessments of Brazilian operations including 11 different locations.

## Board Member
Better Business Bureau
January 2008 – November 2013 (5 years 11 months) | Greater Chicago Area

## Compliance Officer
DeVry Education Group
July 2005 – June 2009 (4 years)

Responsibility for ensuring the corporation has a culture that promotes the practice of honesty and integrity in all its actions, identifying relevant areas of risk in operations, and designing strong internal controls and audit reviews of compliance with all governing laws and regulations. Work closely with senior management to formulate and maintain policies that articulate the Company's commitment to maintain adherence with all applicable laws and regulations.
• Revised organization's Code of Conduct, created online training modules and managed the annual certification process.
• Managed the organization's anonymous reporting hotline including internal marketing to increase awareness.

## President
Dresner Corporate Services
June 2000 – July 2005 (5 years 2 months)

## Account Manager
Ashton Partners
1999 – 2000 (1 year)

## Account Manager
Financial Relations Board
1997 – 1999 (2 years)

## Skills

University Teaching   Security Risk (Brazil)   Security Risk (Caribbean)

Security Risk (US)   International Government Relations   Civic Affairs   Global Security

Veterinary Law   Compliance   Project Management   Leadership Development

Leadership   Organizational Development   Process Improvement   Risk Management

See 28+

## Projects

### St. Kitts Security Initiative

Team members: John Kroen

Case: 1:16-cv-05156 Document #: 34-14 Filed: 06/23/16 Page 5 of 5 PageID #:522

Education

### DePaul University College of Law
JD, Banking, Corporate, Finance, and Securities Law
1996 – 2000

### Saint Xavier University
BA, Business
1992 – 1994

## Interests

writing   reading   travel   bowling   public speaking

studying leadership styles (success and failure)   spending time with the family

Coaching youth basketball

## Groups

**AvanseOrg**   **Higher Education Man..**   **DePaul University Co...**   **Executive Suite**

**Lenel Security Experts**   **Graham School of Ma...**   **Market-Driven Educa...**   See 3 more

## View John's full profile to...

- See who you know in common
- Get introduced
- Contact **John** directly

View John's Full Profile

Not the John you're looking for? View more

© 2016   |   User Agreement   |   Privacy Policy   |   Community Guidelines   |   Cookie Policy   |   Copyright Policy   |   Unsubscribe