# Exhibit 15

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ZARA,<br><br>        Plaintiff,<br><br>v.<br><br>DEVRY EDUCATION GROUP INC.; dba ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE; DEVRY MEDICAL INTERNATIONAL INTERNATIONAL, INC.; and ALEXA FERRARI;<br><br>        Defendants. | Civil Action No. 1:16-cv-5156 |

### AFFIDAVIT OF JASON J. BACH, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS DEVRY EDUCATION GROUP INC., dba ROSS UNIVERSITY SCHOOL OF VETERNARY MEDICINE, AND DEVRY MEDICAL INTERNATIONAL, INC.

I, JASON J. BACH, ESQ., being first duly sworn, according to the law, depose and say with personal knowledge:

1. That I am an attorney duly licensed with the United States District Court for the Northern District of Illinois and counsel of record for the Plaintiff, Anthony Zara.

2. After the Complaint was filed in the above entitled action I was contacted by in-house counsel for DeVry Education Group Inc., in which they informed me that DeVry Education Group Inc.'s office in the United States was either significantly involved in making the decision to dismiss Zara or actually made the decision to expel Plaintiff, Anthony Zara.

///

///

///

1

*FURTHER AFFIANT SAYETH NAUGHT*

Dated this 22nd day of June, 2016.

_____
JASON J. BACH, ESQ.

SUBSCRIBED and SWORN to before me this 22nd day of June, 2016

_____
NOTARY PUBLIC

Anne M Loraditch
Notary Public, State of Texas
Commission # 130488462
Expires: 01/07/2020

2