# Exhibit 4



(/)

# STUDENT CONSUMER INFORMATION

To help consumers make more informed decisions about their education options, the U.S. Department of Education has set forth disclosure guidelines. Ross University is proud to be an industry leader in this effort.

Ross Annual Disclosure documents found below contain information on the following topics:

• Campus Crime & Security
• Campus Sex Crimes & Prevention
• Drug and Alcohol Abuse Prevention
• Privacy of Student Records (FERPA)
• Copyright Infringement Policies & Sanctions

Ross University School of Veterinary Medicine Annual Disclosure (/content/dam/dmi/veterinary/documents/Annual_Disclosure_RUSVM.pdf)

## TRANSFER CREDIT POLICY (HTTP://WWW.ROSSU.EDU/VETERINARY-SCHOOL/ADMISSIONS/TRANSFER-APPLICANTS.CFM)

Veterinary School Transfer Credit Policy (/admissions/requirements.html#transfer)

## PROGRAM GUIDES

Doctor of Veterinary Medicine Degree Program (/content/dam/dmi/veterinary/documents/DOCTOR_OF_VETERINARY_MEDICINE_DEGREE_PROGRAM.pdf)

## VOTER REGISTRATION

Case: 1:16-cv-05156 Document #: 35-4 Filed: 06/23/16 Page 3 of 6 PageID #:599

The Federal Election Commission provides guidance regarding voter registration in each state at www.eac.gov/voter_resources/register_to_vote.aspx (http://www.eac.gov/voter_resources/register_to_vote.aspx)

# STUDENT DIVERSITY INFORMATION

**Ross University School of Veterinary Medicine**

485 Route 1 South, Building B, Floor 4

Iselin, NJ 08830.

| General information: | 855-ROSSVET (855-767-7838) 877-767-7338 |
|---|---|
| Website: | www.rossu.edu |
| Type: | Private for-profit |
| Awards offered: | Doctorate of Veterinary Medicine |
| Campus setting: | City: St. Kitts |
| Campus housing: | Yes |
| Student population: | 952 |
| Student-to-faculty ratio: | |

# FALL 2009

Total enrollment (all undergraduate): 952

Student Gender



Student Race/Ethnicity



**Gainful Employment Disclosure – Doctor of Veterinary Medicine program (http://veterinary.rossu.edu/gainful-employment.html)**

# COMPLAINT PROCESS DISCLOSURE

Federal Program Integrity rules issued by the U.S. Department of Education require institutions to provide to students or prospective students contact information needed to file a complaint with its accrediting agency and with relevant state agencies. This list includes contact information for all 50 states, the District of Columbia, and Puerto Rico. It should not be construed as informative of what agencies regulate Ross University School of Medicine or Ross University School of Veterinary Medicine or in what states the institution is licensed or required to be licensed. That information, along with contact information for our accreditor(s), can be found in the academic catalog.

Complaint Process Information (/content/dam/dmi/veterinary/documents/Contact-Info-Student-Complaint-Processes.pdf)

# TITLE IX COMPLIANCE

RUSVM's Title IX coordinator is responsible for the university's overall compliance with Title IX, including response to reports of sexual misconduct affecting the campus community. Questions regarding the application of Title IX and the university's compliance with it should be directed to the Title IX coordinator, whose contact information is available below. Students who wish to make a report of sexual misconduct affecting the campus

Case: 1:16-cv-05156 Document #: 35-4 Filed: 06/23/16 Page 5 of 6 PageID #:601

community should follow the grievance procedure published in the student handbook.

The Sex and Gender-Based Misconduct Response and Prevention policy is available here (/content/dam/dmi/veterinary/documents/RUSVM-Title-IX-Policy.pdf).

Ms. Mikhel Kushner

Associate Title IX Consultant

DeVry Education Group

3005 Highland Pkwy.

Downers Grove, IL 60515

630-515-5440

mkushner@devrygroup.com (mkushner@devrygroup.com)

Mark Ewald

Title IX Coordinator

Director, Ethics and Compliance Services

DeVry Education Group

3005 Highland Pkwy.

(/)
CAREERS (/ABOUT/CAREERS-AT-RUSVM.HTML)
EVENTS (/EVENTS.HTML)
DIRECTORY (/DIRECTORY.HTML)
LIBRARY (/LIBRARY.HTML)
CONTACT US (/CONTACT-US.HTML)

(https://www.facebook.com/RossVetSchool) (https://twitter.com/RossVetSchool) (https://www.youtube.com) (https://www.pinterest.com) (https://www.instagram.com)



Case: 1:16-cv-05156 Document #: 35-4 Filed: 06/23/16 Page 6 of 6 PageID #:602

(#VETERINARY-
CLINIC.HTML)

P.O. Box 334 Basseterre St. Kitts West Indies

Phone : +1-869-465-4161

Toll Free : 855-ROSS-Vet

Fax : +1-869-465-1203

Admissions@RossU.edu (mailto:Admissions@RossU.edu)

Privacy Statement | ©2016 Ross University School of Veterinary Medicine. All rights reserved.

Gainful Employment (/gainful-employment.html) | Student Consumers (/student-consumer-information.html)