# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ZARA, <br><br> Plaintiff, <br><br> v. <br><br> DEVRY EDUCATION GROUP, INC.; DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and ALEXA FERRARI, <br><br> Defendant. | Case No.: 1:16-cv-05156 <br><br> Judge Andrea R. Wood <br><br> Room 1925 |

## NOTICE OF FILING

**To:** Brian M. Stolzenbach, Esq.
Katherine F. Mendez, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
bstolzenbach@seyfarth.com
kmendez@seyfarth.com

Scott A. Schaefers, Esq.
BROTSCHUL POTTS LLC
30 N. LaSalle Street, Suite 1402
Chicago, Illinois 60602
(312) 268-6795
sschaefers@brotschulpotts.com

**PLEASE TAKE NOTICE** that on **June 23, 2016, ANTHONY ZARA,** by his undersigned counsel, caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, his **PLAINITFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS DEVRY EDUCATION GROUP INC., DEVRY MEDICAL INTERNATIONAL, INC., AND ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED** and **PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST ALEXA FERRARI,** copies of which are attached hereto and hereby served upon you.

1

Respectfully submitted,

**THE BACH LAW FIRM, LLC**

By  */s/ Jason J. Bach*
    Jason J. Bach
    7881 West Charleston Blvd., Suite 165
    Las Vegas, Nevada 89117
    Telephone: (702) 925-8787
    Facsimile: (702) 925-8788
    Email: jbach@bachlawfirm.com
    *Attorneys for Plaintiff Anthony Zara*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notification of such filing to:

>Brian M. Stolzenbach, Esq.
>Katherine F. Mendez, Esq.
>SEYFARTH SHAW LLP
>131 South Dearborn Street
>Suite 2400
>Chicago, Illinois 60603
>(312) 460-5000
>bstolzenbach@seyfarth.com
>kmendez@seyfarth.com
>*Attorneys for Defendants DeVry Education Group Inc.,*
>*DeVry Medical International, Inc., and Ross University*
>*School of Medicine, School of Veterinary Medicine (St. Kitts) Limited*
>
>Scott A. Schaefers, Esq.
>BROTSCHUL POTTS LLC
>30 N. LaSalle Street, Suite 1402
>Chicago, Illinois 60602
>(312) 268-6795
>sschaefers@brotschulpotts.com
>*Attorney for Defendant Alexa Ferrari*

                                                 */s/ Jason J. Bach*
                                                 Jason J. Bach