# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY ZARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:16-cv-05156 |
| v. ) | |
| ) | |
| DEVRY EDUCATION GROUP, INC.; ) | Honorable Judge Andrea R. Wood |
| DEVRY MEDICAL INTERNATIONAL, ) | Magistrate Judge Sidney Schenkier |
| INC.; ROSS UNIVERSITY SCHOOL OF ) | |
| MEDICINE, SCHOOL OF VETERINARY ) | |
| MEDICINE (ST. KITTS) LIMITED; and ) | |
| ALEXA FERRARI ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS DEVRY EDUCATION GROUP INC.'S, DEVRY MEDICAL INTERNATIONAL, INC.'S, AND ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE'S (ST. KITTS) MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS AND TO MOVE THE JUNE 30, 2016 HEARING TO JULY 6, 2016**

Defendants DeVry Education Group Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited (collectively "Defendants"), respectfully move this Court for an extension of time until July 1, 2016, to file their reply brief in support of their Motion to Dismiss, and to reschedule the June 30, 2016 hearing to July 6, 2016. In support of this Motion, Defendants state as follows:

1. On June 8, 2016, Defendants filed their Motion to Dismiss Plaintiff's Claims Against Defendants DeVry Education Group Inc., DeVry Medical International, Inc. and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited ("Motion to Dismiss"). (Docket No. 20.)

2. This Court ordered Plaintiff to respond to Defendants' Motion to Dismiss by June 22, 2016, and Defendants to file their reply brief by June 29, 2016. (*See* Dkt. No. 11.)

27823702v.1

2

3. On June 22, 2016, Plaintiff filed: (a) a Motion For Leave to File a Third Amended Complaint; (b) a Motion For Extension of Time to File His Response to Defendants' Motion to Dismiss; and (c) a Motion For Leave to File Plaintiff's Response to Defendants' Motion to Dismiss In Excess of Page Limits Set by Rule 7.1. (Dkt. Nos. 28, 30, and 32.)

4. Plaintiff noticed each of these motions for hearing on June 30, 2016. (Dkt. Nos. 29, 31, 33.)

5. Defendants do not oppose Plaintiff's motions filed on June 22, 2016.

6. Plaintiff filed his response to Defendants' Motion to Dismiss on June 23, 2016. (Dkt. No. 34.)

7. Due to conflicts in Defendants' counsels' schedules, Defendants need an additional two days, until July 1, 2016, to file their reply in support of their Motion to Dismiss.

8. On June 24, 2016, Defendants' counsel corresponded with Plaintiff's counsel. Plaintiff's counsel does not oppose Defendants' request for an extension of time.

9. Defendants' request for additional time will not prejudice the Court or Plaintiff.

10. In addition, Defendants' counsel are unable to appear at the June 30, 2016 hearing. Defendants' counsel Brian M. Stolzenbach is engaged in union negotiations on that day, and Defendants' counsel Katherine F. Mendez has previously scheduled court hearings. Accordingly, Defendants request that the Court strike the June 30, 2016 hearing and reschedule the hearing to July 6, 2016 at 9:00 a.m.

**WHEREFORE**, Defendants DeVry Education Group Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited respectfully move this Court for an extension of time until July 1, 2016, to file their reply brief in support of their Motion to Dismiss, and to reschedule the June 30, 2016 hearing to July 6, 2016.

**DATED: June 27, 2016**                                   Respectfully submitted,

DEVRY EDUCATION GROUP INC.,
DEVRY MEDICAL INTERNATIONAL,
INC., and ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE (ST. KITTS) LIMITED.

By     *s/ Katherine F. Mendez*

Brian M. Stolzenbach
Katherine F. Mendez
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
(312) 460-5000
bstolzenbach@seyfarth.com
kmendez@seyfarth.com

3

## **CERTIFICATE OF SERVICE**

I do hereby certify that on June 27, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Court's CM/ECF System, which will send electronic notification of such filing to the following:

> Jason J. Bach
> The Bach Law Firm, LLC
> 7881 W. Charleston Blvd.
> Suite 165
> Las Vegas, Nevada 89117
> (702) 925-8787
> jbach@bachlawfirm.com

*s/ Katherine F. Mendez*
Katherine F. Mendez

27823702v.1