UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ZARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEVRY EDUCATION GROUP, INC.;<br>DEVRY MEDICAL INTERNATIONAL,<br>INC.; ROSS UNIVERSITY SCHOOL OF<br>MEDICINE, SCHOOL OF VETERINARY<br>MEDICINE (ST. KITTS) LIMITED; and;<br>and ALEXA FERRARI;<br><br>　　　　Defendants. | Civil Action No. 1:16-cv-5156 |

**SUPPLEMENT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS DEVRY EDUCATION GROUP INC., DEVRY MEDICAL INTERNATIONAL, INC., AND ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED**

NOW COMES, Plaintiff, Anthony Zara, by and through his attorney, Jason J. Bach of The Bach Law Firm, LLC, and hereby files this Supplement in Support of his Opposition to Motion to Dismiss Plaintiff's Claims against Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited and respectfully request that the court consider the additional supporting documents:

**Exhibit #20** *Email from Guy St. Jean, Interim Dean for Ross University School of Veterinary Medicine (RUSVM), to all RUSVM students sent on Friday, June 24, 2016, acknowledging that Title IX applies to RUSVM and that students are entitled to Title IX protection.*

**Exhibit #21** *DeVry Education Group's "Ross University School of Veterinary Medicine Sex and Gender-Based Misconduct Response and Prevention" policy which is supporting evidence*

*that DeVry Education Group, Inc. is the sole entity that operates and controls RUSVM. The link to this policy was not functioning at the time that Plaintiff filed his Opposition to Motion to Dismiss, therefore it was unable to be produced at that time.*

DATED this 27th day of June, 2016.

**THE BACH LAW FIRM, LLC**
*/s/ Jason J. Bach*
Jason J. Bach, Esq.
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com

## CERTIFICATE OF SERVICE

Jason J. Bach, an attorney, certifies that on June 27, 2016, he electronically filed the above *Supplement in Support of Plaintiff's Opposition to Motion to Dismiss Plaintiff's Claims against Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited* with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all parties of record.

*/s/ Jason J. Bach*
Jason J. Bach, Esq.
