Exhibit 20

1:12 PM
68%

‹ All Inboxes

From: **RUSVM Dean** ›                    Hide

To: SK Campus Students › SKPostGrads ›

SK Clinical Students ›

## REQUIRED RUSVM Training on sex and gender-based misconduct - Not Anymore

Yesterday at 9:59 AM

Dear RUSVM Students,

Sexual violence and other forms of sex and gender-based harassment are never permissible, and we have a strict policy regarding response to any reports of sexual misconduct including support to, and notification of, students and other individuals regarding the outcome when complaints of sexual violence are filed. As RUSVM is a school that participates in the federal student financial aid program, we are subject to the regulations associated with Title IX, which prohibit sex and gender discrimination in education programs and activities. Please understand, though the Department of Education requires our compliance, we should

expect nothing less from each other.

To ensure that all students have a clear understanding of what constitutes sexual misconduct, the potential consequences, and how the institution processes complaints, each student will need to participate in our 'Not Anymore' training module. A direct link to the training will be sent via email, and must be completed by July 31.

Participation in this training allows you to continue to be educated on:

- § Sexual violence
- § Interpersonal relationship violence
- § Sex and gender-based harassment
- § Bystander intervention and other prevention techniques

We can actively stand as a school taking steps to strengthen sexual misconduct prevention and response programs by engaging in discussion on this topic and becoming more educated together.

Questions regarding the training or Title IX should be directed to DeVry Group's designated Title IX Coordinators Ms. Mikhel Kushner and/or Mr. Mark Ewald

 

‹ **All Inboxes**          ∧   ∨

[Mr. Mark Ewald](#).

**Guy St. Jean, DMV. MS. Dipl. ACVS**
**Interim Dean, RUSVM**
**Professor of Large Animal Surgery**



[www.rossu.edu/veterinary-school](#)

**Connect with RUSVM:** 

PO Box 334l Basseterre, St. Kittsl West Indies
**P** [+1.869.465.4161](#) x401-1112 | **VOIP** [+1.732.898.0169](#) | **E** [RusvmDean@rossu.edu](#)
**US**: [+1.732.898.0112](#)  **US cellphone** [+1.732.983.6836](#)
**Local Cell** [+ 1.869.662.4652](#)

©2016 Ross University School of Veterinary Medicine. All rights reserved.