# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY ZARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:16-cv-05156 |
| v. ) | |
| ) | |
| DEVRY EDUCATION GROUP, INC.; ) | Honorable Judge Andrea R. Wood |
| DEVRY MEDICAL INTERNATIONAL, ) | Magistrate Judge Sidney Schenkier |
| INC.; ROSS UNIVERSITY SCHOOL OF ) | |
| MEDICINE, SCHOOL OF VETERINARY ) | |
| MEDICINE (ST. KITTS) LIMITED; and ) | |
| ALEXA FERRARI ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Jason J. Bach
The Bach Law Firm, LLC
7881 W. Charleston Blvd.
Suite 165
Las Vegas, Nevada 89117
(702) 925-8787
jbach@bachlawfirm.com

**PLEASE TAKE NOTICE** that on **Monday, July 11, 2016 at 10:00 a.m.**, or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Andrea R. Wood or whomever may be sitting in her stead, in the United States District Court for the Northern District of Illinois in the Eastern Division located at 219 S. Dearborn, Chicago, Illinois, Room 1925 and present the attached: **DEFENDANTS DEVRY EDUCATION GROUP INC.'S, DEVRY MEDICAL INTERNATIONAL, INC.'S, AND ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE'S (ST. KITTS) MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS AND TO MOVE THE JUNE 30, 2016 HEARING TO JULY 11, 2016, AND TO WITHDRAW DEFENDANTS' MOTION FILED AS DOCKET NUMBER 37**.

-2-

**DATED: June 28, 2016**                     Respectfully submitted,

DEVRY EDUCATION GROUP INC.,
DEVRY MEDICAL INTERNATIONAL,
INC., and ROSS UNIVERSITY SCHOOL OF
MEDICINE, SCHOOL OF VETERINARY
MEDICINE (ST. KITTS) LIMITED.

By     *s/ Katherine F. Mendez*

Brian M. Stolzenbach
Katherine F. Mendez
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
(312) 460-5000
bstolzenbach@seyfarth.com
kmendez@seyfarth.com

-2-

27832066v.1

-3-

## CERTIFICATE OF SERVICE

I the undersigned attorney certify that I caused a true and correct copy of the foregoing Notice of Motion to be served upon the following via electronic filing CM/ECF on this 28th day of June, 2016:

> Jason J. Bach
> The Bach Law Firm, LLC
> 7881 W. Charleston Blvd.
> Suite 165
> Las Vegas, Nevada 89117
> (702) 925-8787
> jbach@bachlawfirm.com

/s/ *Katherine F. Mendez*
Katherine F. Mendez

27832066v.1