# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY ZARA, Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-5156 |
| | ) | |
| DEVRY EDUCATION GROUP, INC.; | ) | Judge Andrea R. Wood |
| DEVRY MEDICAL INTERNATIONAL, INC.; | ) | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, | ) | |
| SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LTD.; | ) | |
| and ALEXA FERRARI, Defendants. | ) | |

**DEFENDANT ALEXA FERRARI'S MOTION FOR EXTENSION OF TIME
TO FILE HER REPLY IN SUPPORT OF HER MOTION TO DISMISS**

Defendant Alexa Ferrari ("Ferrari"), by her attorneys, requests the Court to enter an Order extending the time to July 1, 2016 for her to file her reply in support of her motion to dismiss. In support of this motion, Ms. Ferrari states as follows:

1.      Under the Court's 5/25/16 Order, Ms. Ferrari filed her motion to dismiss and supporting papers on June 8, 2016. (R. 11). Plaintiff's response was due on June 22nd, and Ms. Ferrari's reply was due on June 29th. (*Id.*).

2.      Plaintiff filed his opposition at 10:00 p.m. on June 23rd (R. 35), after having filed a motion for extension on June 22nd. (R. 30). The Court has not yet ruled on that motion for extension.

3.      Because her attorneys did not see plaintiff's response until the morning of June 24th, Ms. Ferrari requests seven days thereafter, until July 1st, to file her reply.

4.      Further, plaintiff did not object to the DeVry and RUSVM defendants'

motion for an extension to July 1st to file their reply in support of their motion to dismiss.

5.      Allowing this extension will not prejudice plaintiff or unduly delay these

proceedings.

WHEREFORE, Ferrari requests the Court to enter an Order extending the time to

July 1, 2016 for her to file her reply in support of her motion to dismiss, and granting her

any other appropriate relief.


DATE:  June 29, 2016                               Respectfully submitted,

Scott A. Schaefers                                 ALEXA FERRARI, Defendant.
BROTSCHUL POTTS LLC
30 N. LaSalle St., Ste. 1402                       By: /s/ Scott A. Schaefers
Chicago, IL 60602                                       Scott A. Schaefers, one of her attorneys
Phone:  (312) 268-6795
Email:  sschaefers@brotschulpotts.com

## CERTIFICATE OF SERVICE

Scott A. Schaefers, an attorney for defendant Alexa Ferrari, certifies that on **June 29, 2016**, he served a copy of her **Motion For Extension Of Time To File Her Reply In Support Of Her Motion To Dismiss** on the parties' counsel of record via the Court's CM/ECF system.

_/s/ Scott A. Schaefers_
Scott A. Schaefers