# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY ZARA, Plaintiff, ) | |
| ) | |
| v.    ) | Case No. 16-cv-5156 |
| ) | |
| DEVRY EDUCATION GROUP, INC.;    ) | Judge Andrea R. Wood |
| DEVRY MEDICAL INTERNATIONAL, INC.;    ) | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE,    ) | |
| SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LTD.;    ) | |
| and ALEXA FERRARI, Defendants.    ) | |

To:   Parties' Counsel of Record

PLEASE TAKE NOTICE that on **July 11, 2016** at **10:00 a.m.**, to coincide with the hearing previously scheduled in this case (*see* 6/28/16 Order, R. 41), defendant Alexa Ferrari, by her attorney Scott A. Schaefers, will appear before Judge Andrea R. Wood, or any other Judge sitting in her stead in Courtroom 1925, U.S. Courthouse, 219 S. Dearborn St., Chicago, IL 60604, and then and there present her **Motion to Join in the DeVry and Ross University Defendants' Motion For Extension Of Time To File Her Reply In Support Of Her Motion To Dismiss**, a copy of which was previously served upon you.

DATE:  June 29, 2016                               Respectfully submitted,

Scott A. Schaefers                                 ALEXA FERRARI, Defendant.
BROTSCHUL POTTS LLC
30 N. LaSalle St., Ste. 1402                       By: */s/ Scott A. Schaefers*
Chicago, IL 60602                                     Scott A. Schaefers, one of her attorneys
Phone:  (312) 268-6795
Email:  sschaefers@brotschulpotts.com

## CERTIFICATE OF SERVICE

Scott A. Schaefers, an attorney for defendant Alexa Ferrari, certifies that on **June 29, 2016**, he served a copy of her **Notice of Motion For Extension Of Time To File Her Reply In Support Of Her Motion To Dismiss** on the parties' counsel of record via the Court's CM/ECF system.

/s/ *Scott A. Schaefers*
Scott A. Schaefers