IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY ZARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:16-cv-05156 |
| v. | ) | |
| | ) | |
| DEVRY EDUCATION GROUP, INC.; | ) | Honorable Judge Andrea R. Wood |
| DEVRY MEDICAL INTERNATIONAL, | ) | Magistrate Judge Sidney Schenkier |
| INC.; ROSS UNIVERSITY SCHOOL OF | ) | |
| MEDICINE, SCHOOL OF VETERINARY | ) | |
| MEDICINE (ST. KITTS) LIMITED; and | ) | |
| ALEXA FERRARI | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF AUDREY B. KAPLAN

I, AUDREY B. KAPLAN, declare under penalty of perjury that the following statements are true:

1. I am currently employed by DeVry Education Group Inc. (DVG) as a lawyer in the Legal Department.

2. DVG is incorporated under the laws of the State of Delaware.

3. In mid-May 2016, after this lawsuit was filed, I spoke with Mr. Zara's attorney, Jason Bach.

4. Mr. Bach and I have negotiated the resolution of student claims in the past, and I engaged in this telephone conversation to see if this lawsuit also could be amicably resolved.

5. At the beginning of our call, I told Mr. Bach that the discussion was a protected settlement discussion.

6. At no time during my call with Mr. Bach call did I say that DVG made the decision to expel Mr. Zara.

7. My statements in this declaration are based on my own personal knowledge.

Executed this 30th day of June in Chicago, Illinois.

                                                      s/Audrey B. Kaplan
                                                      Audrey B. Kaplan

27912139v.1