## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Anthony Zara

                    Plaintiff,

v.                                       Case No.: 1:16–cv–05156
                                                Honorable Andrea R. Wood

Alexa Ferrari, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 11, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Pursuant to the discussion held in open court, the Court rules on the pending motions as follows: Plaintiff's motion for leave to file Third Amended Complaint [28] is granted. The Clerk's Office is directed to separately docket the Third Amended Complaint which is attached as Exhibit 1 to Plaintiff's motion [28–1]. Plaintiff's motion for extension of time to file oppositions to motion to dismiss [30] is granted. Plaintiff's motion for leave to file excess pages [32] is granted. Defendants' motion for extension of time to file reply [37] is terminated as moot. Defendants' motion for extension of time to file reply [39] is granted. Defendant's motion for extension of time to file reply [42] is granted. Status hearing continued to 8/1/2016 at 10:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.