**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANTHONY ZARA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEVRY EDUCATION GROUP, INC.; DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and; and ALEXA FERRARI;<br><br>　　　　Defendants. | Civil Action No. 1:16-cv-5156 |

# PLAINTIFF'S STATUS REPORT

Plaintiff, Anthony Zara, by and through his attorney, Jason J. Bach of The Bach Law Firm, LLC, and hereby files this Status Report and submits as follows:

　　1.　　On May 11, 2016, Plaintiff filed his Complaint [Docket No. 1] and on May 13, 2016, Plaintiff filed his Amended Complaint [Docket No. 3] against all Defendants.

　　2.　　On May 17, 2016, Plaintiff filed his Motion for Preliminary Injunction [Docket No. 4].

　　3.　　On May 19, 2016, Plaintiff filed his Notice of Motion [Docket No. 5] setting the presentment hearing before the Honorable Andrea R. Wood on May 25, 2016.

　　4.　　On May 24, 2016, Defendant Alexa Ferrari filed her Motion for Extension of Time to File her Rule 12(B)(2) Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 9] and Notice of Motion [Docket No. 10].

5. A presentment hearing was held on Plaintiff's Motion for Preliminary Injunction on May 25, 2016 and Defendant Alexa Ferrari's Motion for Extension of Time to File her Rule 12(B)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

6. A docket entry was made by the Clerk on May 25, 2016, stating Plaintiff may make a supplemental filing in support of his Motion for Preliminary Injunction. Defendant Ferrari's Motion for Extension of Time is granted. All Defendants shall answer or otherwise plead to Plaintiff's complaint by June 8, 2016. If Defendants file motions to dismiss, Plaintiff shall respond to Defendants' motions by June 22, 2016 and Defendants shall reply by June 29, 2016. The parties' obligation to file a joint written status report is stricken until further order of the Court. The status hearing set for July 14, 2016 is stricken and reset for July 11, 2016 at 10:00 AM. [Docket No. 11].

7. On May 27, 2016, Plaintiff filed his Second Amended Complaint [Docket No. 15].

8. On May 27, 2016, Plaintiff filed a Supplement to his Motion for Preliminary Injunction [Docket No. 16].

9. On June 8, 2016, Defendant Alexa Ferrari filed her Fed. R. Civ. P. Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 17], Memorandum of Law in Support of Motion [Docket No. 18] and Declaration of Alexa Ferrari [Docket No. 19].

10. On June 8, 2016, Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited filed their Motion to Dismiss Plaintiff's Claims [Docket No. 20], Memorandum in Support of Motion [Docket No. 21], and Notice of Motion [Docket No. 22].

11. On June 8, 2016, Defendant Alexa Ferrari filed her Motion to Join in the DeVry and Ross University Defendants' Motion to Dismiss for Forum Non Conveniens [Docket No. 25] and Notice of Motion [Docket No. 26].

12. A docket entry was made by the clerk on June 15, 2016, stating Defendant Ferrari's motion [Docket No. 25] to join in the Motion to Dismiss on Forum Non Conveniens grounds filed by the DeVry and Ross University Defendants is granted. Defendant Ferrari is granted leave to join in the Forum Non Conveniens Motion [Docket No. 27].

13. On June 22, 2016, Plaintiff filed his Motion for Leave to File a Third Amended Complaint [Docket No. 28] and Notice of Motion [Docket No. 29].

14. On June 22, 2016, Plaintiff filed his Emergency Motion for One Day Extension to File Oppositions to Motions to Dismiss [Docket No. 30] and Notice of Motion [Docket No. 31].

15. On June 23, 2016, Plaintiff filed his Motion for Leave to File Plaintiff's Opposition to Motion to Dismiss Plaintiff's Claims Against Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited in Excess of Page Limits Pursuant to Local Rule 7.1[Docket No. 32] and Notice of Motion [Docket No. 33].

16. On June 23, 2016, Plaintiff filed his Opposition to Motion to Dismiss Plaintiff's Claims Against Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited [Docket No. 34].

17. On June 23, 2016, Plaintiff filed his Opposition to Motion to Dismiss Plaintiff's Claims against Alexa Ferrari [Docket No. 35] and Notice of Filing [Docket No. 36].

18. On June 27, 2016, Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited filed their Motion for Extension of Time to File its Reply Brief in Support of its Motion to Dismiss and to Move the June 30, 2016 Hearing to July 6, 2016 [Docket No. 37].

19. On June 27, 2016, Plaintiff filed his Supplement in Support of Plaintiff's Opposition to Motion to Dismiss Plaintiff's Claims Against Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited [Docket No. 38].

20. On June 28, 2016, Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited filed their Motion for Extension of Time to File its Reply Brief in Support of its Motion to Dismiss and to Move the June 30, 2016 Hearing to July 6, 2016 and to Withdraw Defendants' Motion Filed as Docket Number 37 [Docket No. 39] and Notice of Motion [Docket No. 40].

21. A docket entry was made by the Clerk on June 28, 2016, stating the Status and Motion Hearings set for June 30, 2016 is stricken and reset for July 11, 2016 [Docket No. 41].

22. On June 29, 2016, Defendant Alexa Ferrari filed her Motion for Extension of Time to File her Reply in Support of her Motion to Dismiss [Docket No. 42] and Notice of Motion [Docket No. 43].

23. On July 1, 2016, Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited filed their Reply in Support of their Motion to Dismiss Plaintiff's Claims [Docket No. 44].

24. On July 1, 2016, Defendant Alexa Ferrari filed her Reply in Support of her Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 45].

25. A docket entry was made by the Clerk on July 11, 2016, stating pursuant to the discussion held in open court, the Court rules on the pending motions as follows: Plaintiff's Motion

4

for Leave to file Third Amended Complaint [Docket No. 28] is granted. The Clerk's Office is directed to separately docket the Third Amended Complaint which is attached as Exhibit 1 to Plaintiff's motion [Docket No. 28−1]. Plaintiff's Motion for Extension of Time to file Oppositions to Motion to Dismiss [Docket No. 30] is granted. Plaintiff's Motion for Leave to file Excess pages [Docket No. 32] is granted. Defendants' Motion for Extension of Time to file Reply [Docket No. 37] is terminated as moot. Defendants' Motion for Extension of Time to file Reply [Docket No. 39] is granted. Defendant's Motion for Extension of Time to file Reply [Docket No. 42] is granted. Status hearing continued to August 1, 2016 at 10:00 AM.  [Docket No. 46].

26. On July 11, 2016 the court filed Plaintiff's Third Amended Complaint [Docket No. 47].

27. A docket entry was made by the Clerk on July 11, 2016, stating Status hearing set for August 1, 2016 is stricken. The Court will issue a written ruling in short order Complaint [Docket No. 48].

///

///

///

///

28. To date the parties are waiting for the Court's written ruling on Plaintiff's Motion for Preliminary Injunction [Docket No. 4], Defendant Alexa Ferrari's Fed. R. Civ. P. Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 17] and Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited's Motion to Dismiss Plaintiff's Claims [Docket No. 20].

DATED this 19th day of December, 2016.

**THE BACH LAW FIRM, LLC**

*/s/ Jason J. Bach*
Jason J. Bach, Esq.
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com

## CERTIFICATE OF SERVICE

Jason J. Bach, an attorney, certifies that on December 19, 2016, he electronically filed the above ***Plaintiff's Status Report*** with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all parties of record.

*/s/ Jason J. Bach*
Jason J. Bach, Esq.