# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Zara v. DeVry, Inc., et al        Case Number: 16 CV 05156

An appearance is hereby filed by the undersigned as attorney for:
Anthony Zara

Attorney name (type or print): Steven Glink

Firm: Law Offices of Steven Glink

Street address: 3338 Commercial Avenue

City/State/Zip: Northbrook, IL. 60062

Bar ID Number: 6180869        Telephone Number: 847-480-7749
(See item 3 in instructions)

Email Address: steve@educationrights.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 11, 2017

Attorney signature:    S/ Steven Glink
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015