UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY ZARA,<br>　　　　　Plaintiff<br><br>v.<br><br>DEVRY, INC., DEVRY EDUCATIONAL GROUP, INC., DEFRY MEDICAL, INTERNATIONAL, ROSS UNIVERSITY SCHOOL OF MEDICINE and ALEXA FERRARI<br>　　　　　Defendants | Case No.: 16 CV 05156<br><br>HON. ANDREA R. WOOD |

## NOTICE OF APPEAL

Notice is hereby given that Anthony Zara, plaintiff in the above-referenced case, hereby appeals to the Seventh Circuit Court of Appeals, from the orders of dismissal without prejudice entered on March 14, 2017, a copy of which is attached hereto, by the Honorable Andrea R. Wood, finding that the Court had no jurisdiction over defendant Ferrari and finding that the Northern District of Illinois was an inconvenient forum to hear this case..

　　　　　　　　　　　　　　　　　　　　　　s/ Steven Glink

Steven Glink, ARDC # 6180869
Attorney for Plaintiff
3338 Commercial Avenue
Northbrook, Illinois 60062
847/480-7749 (voice)
847/480-9501 (facsimile)

-1-