# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

April 11, 2017

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-1755
>
> Caption:
> ANTHONY ZARA,
> Plaintiff - Appellant
>
> v.
>
> ALEXA FERRARI, et al.
>  Defendants - Appellees

> District Court No: 1:16-cv-05156
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Andrea R. Wood
>
> Date NOA filed in District Court: 04/11/2017

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)