## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 9, 2017

*By the Court:*

| No. 17-1755 | ANTHONY ZARA,<br>Plaintiff - Appellant<br><br>v.<br><br>DEVRY EDUCATION GROUP, INC., et al.<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-05156<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood ||

Upon consideration of the **AGREED MOTION TO VOLUNTARILY DISMISS APPEAL AS TO ALEXA FERARRI**, filed on May 9, 2017, by counsel for the parties,

**IT IS ORDERED** that this appeal is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b), only as to appellee Alexa Ferrari. This appeal remains active as to the other parties.

form name: **c7_Order_BTC**(form ID: **178**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit