

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**             312-435-5670
**Clerk**

Date:

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re:

USDC Case Number:

USCA Case Number:

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(S) OF PLEADING(S):

ELECTRONIC VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF PLEADING(S):

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:


OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this

letter.

                                          Sincerely,

                                          Thomas G. Bruton, Clerk

                                          By: /s/_____

                                                   Deputy Clerk

Rev. 09/23/2016

| | |
|---|---|
| United States of America | } Re: Zara v. Devry, Inc. et a |
| Northern District of Illinois | } USDC Case Number:1:16cv5156 |
| Eastern Division | } USCA Case Number:17-1755 |
| | } |

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

2 volumes of pleadings

**Date**             **Item No.**         **Description**

 

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 3rd day of October, 2017.

Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/ Esperanza King
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ESPERANZA KING
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 3, 2017

Rev. 12/1/2016

APPEAL,SCHENKIER,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:16-cv-05156
# Internal Use Only

| | |
|---|---|
| Zara v. Devry, Inc. et al | Date Filed: 05/11/2016 |
| Assigned to: Honorable Andrea R. Wood | Date Terminated: 03/14/2017 |
| Demand: $75,000 | Jury Demand: Defendant |
| Case in other court:  17-01755 | Nature of Suit: 448 Civil Rights: Education |
| Cause: 28:1331 Federal Question | Jurisdiction: Federal Question |

**Plaintiff**

**Anthony Zara**   represented by   **Jason Jeffrey Bach**
The Bach Law Firm, LLC
7881 West Charleston, Suite 165
Suite 165
Las Vegas, NV 89117
702-925-8787
Email: jbach@bachlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Earl Glink**
3338 Commercial Avenue
Northbrook, IL 60062
(847) 480-7749
Email: steve@educationrights.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Devry, Inc.**   represented by   **Brian M Stolzenbach**
*TERMINATED: 05/27/2016*                Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000
Email: bstolzenbach@seyfarth.com
*LEAD ATTORNEY*

1

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Katherine Frances Mendez**<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>312 460 5215<br>Email: kmendez@seyfarth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Devry Medical Internation, Inc.**
*TERMINATED: 05/27/2016*
*doing business as*
Ross University School of Veterinary Medicine
*TERMINATED: 05/27/2016*

**Defendant**

| | | |
|---|---|---|
| **Alexa Ferrari** | represented by | **Scott A. Schaefers**<br>Brotschul Potts LLC<br>30 N. LaSalle St.,<br>Ste. 1402<br>Chicago, IL 60602<br>(312) 551-9003<br>Email: sschaefers@brotschulpotts.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DeVry Education Group, Inc.** | represented by | **Brian M Stolzenbach**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Katherine Frances Mendez**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited**<br>*TERMINATED: 07/11/2016* | represented by | **Brian M Stolzenbach**<br>(See above for address)<br>*LEAD ATTORNEY* |

2

|  | | Katherine Frances Mendez<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **DeVry Medical International, Inc.** | represented by | **Brian M Stolzenbach**<br>(See above for address)<br>*LEAD ATTORNEY* |
|---|---|---|
| | | Katherine Frances Mendez<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2016 | 1 | COMPLAINT filed by Anthony Zara; Jury Demand. Filing fee $ 400, receipt number 0752-11924221. (Attachments: # 1 Civil Cover Sheet)(Bach, Jason) (Entered: 05/11/2016) |
| 05/12/2016 | | CASE ASSIGNED to the Honorable Andrea R. Wood. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (mgh, ) (Entered: 05/12/2016) |
| 05/13/2016 | 2 | MINUTE entry before the Honorable Andrea R. Wood: Initial status hearing set for 7/14/2016 at 9:00 AM. The parties are directed to meet and conduct a planning conference pursuant to Federal Rule of Civil Procedure 26(f). At least seven days before the initial status hearing, the parties shall file a joint written status report, not to exceed five pages in length. The initial status report shall provide the information described on the Court's website at www.ilnd.uscourts.gov under District Judges, Judge Andrea R. Wood, Initial Status Conference. Mailed notice (ef, ) (Entered: 05/13/2016) |
| 05/13/2016 | 3 | AMENDED complaint by Anthony Zara against All Defendants (Bach, Jason) (Entered: 05/13/2016) |
| 05/17/2016 | 4 | MOTION by Plaintiff Anthony Zara for preliminary injunction (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Exhibit Three, # 4 Exhibit Four)(Bach, Jason) (Entered: 05/17/2016) |
| 05/19/2016 | | SUMMONS Issued as to Defendants Devry Medical Internation, Inc., Devry, Inc., Alexa Ferrari (pg, ) (Entered: 05/19/2016) |
| 05/19/2016 | 5 | NOTICE of Motion by Jason Jeffrey Bach for presentment of motion for preliminary injunction 4 before Honorable Andrea R. Wood on 5/25/2016 at 09:00 AM. (Bach, Jason) (Entered: 05/19/2016) |
| 05/24/2016 | 6 | ATTORNEY Appearance for Defendant Alexa Ferrari by Scott A. |

3

| | | |
|---|---|---|
| | | ~~Schaefers (Schaefers, Scott) (Entered: 05/24/2016)~~ |
| 05/24/2016 | 7 | ~~ATTORNEY Appearance for Defendant Devry, Inc. by Katherine Frances Mendez (Mendez, Katherine) (Entered: 05/24/2016)~~ |
| 05/24/2016 | 8 | ~~ATTORNEY Appearance for Defendant Devry, Inc. by Brian M Stolzenbach (Stolzenbach, Brian) (Entered: 05/24/2016)~~ |
| 05/24/2016 | 9 | MOTION by Defendant Alexa Ferrari for extension of time *to file Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction* (Attachments: # 1 Exhibit 4/18/16 Expulsion Letter of Plaintiff)(Schaefers, Scott) (Entered: 05/24/2016) |
| 05/24/2016 | 10 | ~~NOTICE of Motion by Scott A. Schaefers for presentment of extension of time 9 before Honorable Andrea R. Wood on 5/25/2016 at 09:00 AM. (Schaefers, Scott) (Entered: 05/24/2016)~~ |
| 05/25/2016 | 11 | MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. As stated on the record, Plaintiff may make a supplemental filing in support of his motion for preliminary injunction. Defendant Ferrari's motion for extension of time to answer or otherwise plead 9 is granted. All Defendants shall answer or otherwise plead to Plaintiff's complaint by 6/8/2016. If Defendants file motions to dismiss, Plaintiff shall respond to Defendants' motions by 6/22/2016 and Defendants shall reply by 6/29/2016. The parties' obligation to file a joint written status report is stricken until further order of the Court. The status hearing set for 7/14/2016 is stricken and reset for 7/11/2016 at 10:00 AM. Mailed notice (ef, ) (Entered: 05/26/2016) |
| 05/27/2016 | 12 | ~~SUMMONS Returned Executed by Anthony Zara as to Alexa Ferrari on 5/20/2016, answer due 6/10/2016. (Bach, Jason) (Entered: 05/27/2016)~~ |
| 05/27/2016 | 13 | ~~SUMMONS Returned Executed by Anthony Zara as to Devry, Inc. on 5/20/2016, answer due 6/10/2016. (Bach, Jason) (Entered: 05/27/2016)~~ |
| 05/27/2016 | 14 | ~~SUMMONS Returned Executed by Anthony Zara as to Devry Medical Internation, Inc. on 5/20/2016, answer due 6/10/2016. (Bach, Jason) (Entered: 05/27/2016)~~ |
| 05/27/2016 | 15 | *Second* AMENDED complaint by Anthony Zara against Alexa Ferrari, DeVry Education Group, Inc., Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited, DeVry Medical International, Inc. and terminating Devry Medical Internation, Inc. and Devry, Inc. (Bach, Jason) (Entered: 05/27/2016) |
| 05/27/2016 | 16 | SUPPLEMENT to motion for preliminary injunction 4 (Attachments: # 1 Exhibit Five, # 2 Exhibit Six, # 3 Exhibit Seven, # 4 Exhibit Eight, # 5 Exhibit Nine, # 6 Exhibit Ten, # 7 Exhibit Eleven, # 8 Exhibit Twelve)(Bach, Jason) (Entered: 05/27/2016) |

4

| 06/08/2016 | 17 | MOTION by Defendant Alexa Ferrari to dismiss for lack of jurisdiction *per Rule 12(b)(2)* (Schaefers, Scott) (Entered: 06/08/2016) |
|---|---|---|
| 06/08/2016 | 18 | MEMORANDUM by Alexa Ferrari in support of motion to dismiss/lack of jurisdiction 17 (Attachments: # 1 Exhibit Plaintiff's 5/20/16 Return of Service on Alexa Ferrari)(Schaefers, Scott) (Entered: 06/08/2016) |
| 06/08/2016 | 19 | DECLARATION of Alexa Ferrari regarding motion to dismiss/lack of jurisdiction 17 , memorandum in support of motion 18 (Schaefers, Scott) (Entered: 06/08/2016) |
| 06/08/2016 | 20 | MOTION by Defendants Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited, DeVry Medical International, Inc., DeVry Education Group, Inc. to dismiss for lack of jurisdiction (Mendez, Katherine) (Entered: 06/08/2016) |
| 06/08/2016 | 21 | MEMORANDUM by DeVry Education Group, Inc., DeVry Medical International, Inc., Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited in support of motion to dismiss/lack of jurisdiction 20 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Mendez, Katherine) (Entered: 06/08/2016) |
| 06/08/2016 | 22 | ~~NOTICE of Motion by Katherine Frances Mendez for presentment of motion to dismiss/lack of jurisdiction 20 before Honorable Andrea R. Wood on 7/11/2016 at 10:00 AM. (Mendez, Katherine) (Entered: 06/08/2016)~~ |
| 06/08/2016 | 23 | ~~ATTORNEY Appearance for Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited by Katherine Frances Mendez (Mendez, Katherine) (Entered: 06/08/2016)~~ |
| 06/08/2016 | 24 | ~~ATTORNEY Appearance for Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited by Brian M Stolzenbach (Stolzenbach, Brian) (Entered: 06/08/2016)~~ |
| 06/08/2016 | 25 | MOTION by Defendant Alexa Ferrari to join *in DeVry and Ross University Defendants' Motion to Dismiss for Forum Non Conveniens* (Schaefers, Scott) (Entered: 06/08/2016) |
| 06/08/2016 | 26 | ~~NOTICE of Motion by Scott A. Schaefers for presentment of motion to join 25 before Honorable Andrea R. Wood on 6/16/2016 at 09:00 AM. (Schaefers, Scott) (Entered: 06/08/2016)~~ |
| 06/15/2016 | 27 | MINUTE entry before the Honorable Andrea R. Wood: Defendant Ferrari's motion 25 to join in the motion to dismiss on forum non conveniens grounds filed by the Devry and Ross University Defendants is granted. Defendant Ferrari is granted leave to join in the forum non conveniens motion. The briefing schedule for that motion (see Dkt. No. 11 ) remains in |

5

| | | |
|---|---|---|
| | | place. The motion presentment date of 6/16/2016 is stricken. Parties need not appear. Mailed notice (ef, ) (Entered: 06/15/2016) |
| 06/22/2016 | 28 | MOTION by Plaintiff Anthony Zara for leave to file *Third Amended Complaint* (Attachments: # 1 Exhibit One-Third Amended Complaint)(Bach, Jason) (Entered: 06/22/2016) |
| 06/22/2016 | 29 | ~~NOTICE of Motion by Jason Jeffrey Bach for presentment of (Bach, Jason) (Entered: 06/22/2016)~~ |
| 06/22/2016 | 30 | MOTION by Plaintiff Anthony Zara for extension of time to file response/reply *PLAINTIFFS EMERGENCY MOTION FOR ONE DAY EXTENSION TO FILE OPPOSITIONS TO MOTIONS TO DISMISS* (Bach, Jason) (Entered: 06/22/2016) |
| 06/22/2016 | 31 | ~~NOTICE of Motion by Jason Jeffrey Bach for presentment of motion for extension of time to file response/reply 30 before Honorable Andrea R. Wood on 6/30/2016 at 09:00 AM. (Bach, Jason) (Entered: 06/22/2016)~~ |
| 06/23/2016 | 32 | MOTION by Plaintiff Anthony Zara for leave to file *Plaintiff's Opposition to Motion to Dismiss Plaintiff's Claims Against Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited in Excess of Page Limits Pursuant to Local Rule 7.1* (Bach, Jason) (Entered: 06/23/2016) |
| 06/23/2016 | 33 | ~~NOTICE of Motion by Jason Jeffrey Bach for presentment of motion for leave to file, 32 before Honorable Andrea R. Wood on 6/30/2016 at 09:00 AM. (Bach, Jason) (Entered: 06/23/2016)~~ |
| 06/23/2016 | 34 | RESPONSE by Anthony Zarain Opposition to MOTION by Defendants Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited, DeVry Medical International, Inc., DeVry Education Group, Inc. to dismiss for lack of jurisdiction 20 (Attachments: # 1 Exhibit one, # 2 Exhibit two, # 3 Exhibit three, # 4 Exhibit four, # 5 Exhibit five, # 6 Exhibit six, # 7 Exhibit seven, # 8 Exhibit eight, # 9 Exhibit nine, # 10 Exhibit ten, # 11 Exhibit eleven, # 12 Exhibit twelve, # 13 Exhibit thirteen, # 14 Exhibit fourteen, # 15 Exhibit fifteen, # 16 Exhibit sixteen, # 17 Exhibit seventeen, # 18 Exhibit eighteen, # 19 Exhibit nineteen)(Bach, Jason) (Entered: 06/23/2016) |
| 06/23/2016 | 35 | RESPONSE by Anthony Zarain Opposition to MOTION by Defendant Alexa Ferrari to dismiss for lack of jurisdiction *per Rule 12(b)(2)* 17 (Attachments: # 1 Exhibit one, # 2 Exhibit two, # 3 Exhibit three, # 4 Exhibit four, # 5 Exhibit five)(Bach, Jason) (Entered: 06/23/2016) |
| 06/23/2016 | 36 | ~~NOTICE by Anthony Zara re response in opposition to motion,, 34 , response in opposition to motion, 35 (Bach, Jason) (Entered: 06/23/2016)~~ |

6

| 06/27/2016 | 37 | MOTION by Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited for extension of time to file response/reply as to motion to dismiss/lack of jurisdiction 20 *(Extension of Time to File Its Reply Brief in Support of Its Motion to Dismiss and to Move The June 30, 2016 Hearing to July 6, 2016)* (Mendez, Katherine) (Entered: 06/27/2016) |
|---|---|---|
| 06/27/2016 | 38 | SUPPLEMENT to response in opposition to motion,, 34 (Attachments: # 1 Exhibit twenty, # 2 Exhibit twenty one)(Bach, Jason) (Entered: 06/27/2016) |
| 06/28/2016 | 39 | MOTION by Defendants DeVry Education Group, Inc., DeVry Medical International, Inc., Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited for extension of time to file response/reply as to motion to dismiss/lack of jurisdiction 20 *(DEFENDANTS DEVRY EDUCATION GROUP INC.S, DEVRY MEDICAL INTERNATIONAL, INC.S, AND ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINES (ST. KITTS) MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS AND TO MOVE THE JUNE 30, 2016 HEARING TO JULY 11, 2016, AND TO WITHDRAW DEFENDANTS MOTION FILED AS DOCKET NUMBER 37.)* (Mendez, Katherine) (Entered: 06/28/2016) |
| 06/28/2016 | 40 | ~~NOTICE of Motion by Katherine Frances Mendez for presentment of motion for extension of time to file response/reply,,, motion for relief,, 39 before Honorable Andrea R. Wood on 7/11/2016 at 10:00 AM. (Mendez, Katherine) (Entered: 06/28/2016)~~ |
| 06/28/2016 | 41 | MINUTE entry before the Honorable Andrea R. Wood: Status and Motion Hearings set for 6/30/2016 is stricken and reset for 7/11/2016 at 10:00 AM. Mailed notice (ef, ) (Entered: 06/28/2016) |
| 06/29/2016 | 42 | MOTION by Defendant Alexa Ferrari for extension of time to file response/reply as to motion to dismiss/lack of jurisdiction 17 , memorandum in support of motion 18 , declaration 19 (Schaefers, Scott) (Entered: 06/29/2016) |
| 06/29/2016 | 43 | ~~NOTICE of Motion by Scott A. Schaefers for presentment of motion for extension of time to file response/reply, motion for relief,, 42 before Honorable Andrea R. Wood on 7/11/2016 at 10:00 AM. (Schaefers, Scott) (Entered: 06/29/2016)~~ |
| 07/01/2016 | 44 | REPLY by DeVry Education Group, Inc., DeVry Medical International, Inc., Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited to MOTION by Defendants Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited, DeVry Medical International, Inc., DeVry Education Group, Inc. to dismiss for |

| | | |
|---|---|---|
| | | lack of jurisdiction 20 (Attachments: # 1 Exhibit A - Declaration of Audrey B. Kaplan)(Mendez, Katherine) (Entered: 07/01/2016) |
| 07/01/2016 | 45 | REPLY by Defendant Alexa Ferrari to response in opposition to motion, 35 (Attachments: # 1 Exhibit)(Schaefers, Scott) (Entered: 07/01/2016) |
| 07/11/2016 | 46 | MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Pursuant to the discussion held in open court, the Court rules on the pending motions as follows: Plaintiff's motion for leave to file Third Amended Complaint 28 is granted. The Clerk's Office is directed to separately docket the Third Amended Complaint which is attached as Exhibit 1 to Plaintiff's motion [28-1]. Plaintiff's motion for extension of time to file oppositions to motion to dismiss 30 is granted. Plaintiff's motion for leave to file excess pages 32 is granted. Defendants' motion for extension of time to file reply 37 is terminated as moot. Defendants' motion for extension of time to file reply 39 is granted. Defendant's motion for extension of time to file reply 42 is granted. Status hearing continued to 8/1/2016 at 10:00 AM. Mailed notice (ef, ) (Entered: 07/12/2016) |
| 07/11/2016 | 47 | THIRD AMENDED complaint by Anthony Zara against DeVry Education Group, Inc., DeVry Medical International, Inc., Alexa Ferrari and terminating Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited (jl) (Entered: 07/13/2016) |
| 08/01/2016 | 48 | MINUTE entry before the Honorable Andrea R. Wood: Status hearing set for 8/1/2016 is stricken. The Court will issue a written ruling in short order. Mailed notice (ef, ) (Entered: 08/01/2016) |
| 12/19/2016 | 49 | STATUS Report by Anthony Zara (Bach, Jason) (Entered: 12/19/2016) |
| 03/14/2017 | 50 | MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant Ferrari's motion to dismiss 17 and Defendants DeVry Education Group Inc., DeVry Medical International, Inc., and Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Limited's motion to dismiss 20 are both granted. This action is dismissed in its entirety without prejudice to Plaintiff's ability to bring his claims in an appropriate alternate forum. All other pending motions and hearing dates are stricken. Civil case terminated. Mailed notice (ef, ) (Entered: 03/14/2017) |
| 03/14/2017 | 51 | MEMORANDUM Opinion and Order signed by the Honorable Andrea R. Wood on 3/14/2017. Mailed notice(ef, ) (Entered: 03/14/2017) |
| 03/14/2017 | 52 | ENTERED JUDGMENT. Mailed notice(ef, ) (Entered: 03/14/2017) |
| 04/11/2017 | 53 | ATTORNEY Appearance for Plaintiff Anthony Zara by Steven Earl Glink (Glink, Steven) (Entered: 04/11/2017) |
| 04/11/2017 | 54 | NOTICE of appeal by Anthony Zara regarding orders 52 , 51 Filing fee $ |

8

| | | |
|---|---|---|
| | | 505, receipt number 0752-13058468. (Glink, Steven) (Entered: 04/11/2017) |
| 04/11/2017 | 55 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 54 (ek, ) (Entered: 04/11/2017) |
| 04/11/2017 | 56 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 54 . Notified counsel (ek, ) (Entered: 04/11/2017) |
| 04/12/2017 | 57 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 54 ; USCA Case No. 17-1755. (mmy, ) (Entered: 04/12/2017) |
| 05/17/2017 | 58 | MANDATE of USCA dated 5/17/2017 from the USCA 7th Circuit regarding notice of appeal 54 ; Appellate case no. : 17-1755: Herewith is the mandate of this court in this case, issued ONLY as to appellee, Alexa Ferrari. A certified copy of the order/opinion of the court, dismissing this party(s) in this case, shall constitute the mandate in this regard. RECORD TO BE RETAINED FOR USE IN REMAINDER OF THIS APPEAL. (lf, ) (Entered: 05/18/2017) |
| 05/17/2017 | 59 | CERTIFIED copy of order dated 5/9/2017 from the USCA 7th Circuit regarding notice of appeal 54 ; Appellate case no. : 17-1755; IT IS ORDERED that this appeal is DISMISSED, pursuant to Federal Rule of Appellate Procedure 42(b), only as to appellee Alexa Ferrari. This appeal remains active as to the other parties. (lf, ) (Entered: 05/18/2017) |
| 10/03/2017 | 60 | NOTICE to Transmit Record on Appeal regarding notice of appeal 54 ; USCA Case No. 17-1755. (ph, ) (Entered: 10/03/2017) |

**KEY**

**A majority of all items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**

9