Case: 1:16-cv-05156 Document #: 62 Filed: 10/03/17 Page 1 of 1 PageID #:758

EK



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 10/3/2017

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

FILE COPY

Re: Zara v. Devry, Inc. et a

USDC Case Number: 1:16cv5156
USCA Case Number: 17-1755

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(S) OF PLEADING(S):   2 volumes of pleadings

ELECTRONIC VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF PLEADING(S):

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

U.S.C.A. – 7th Circuit
R E C E I V E D

OCT -3 2017 RJT

GINO J. AGNELLO
CLERK

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ Esperanza King
Deputy Clerk

Rev. 09/23/2016