# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 15, 2017

| Before: | DIANE P. WOOD, Chief Judge<br>DANIEL A. MANION, Circuit Judge<br>MICHAEL S. KANNE, Circuit Judge |
|---|---|

| No. 17-1755 | ANTHONY ZARA,<br>Plaintiff - Appellant<br><br>v.<br><br>DEVRY EDUCATION GROUP, INC., et al.<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-05156<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalJudgment(form ID: 132)